**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND 20770**
                                   **301-344-0052**

## M E M O R A N D U M

TO:     Counsel of Record

FROM:   Judge Roger W. Titus

RE:     *Fletcher, et al., v. Lamone, et al.*
        Civil Action No. RWT-11-3220

DATE:   November 15, 2011

\* \* \* \* \* \* \* \* \*

The Court will conduct a telephone status conference on **November 16, 2011 at 2:30 p.m.** The call will be conducted via a call-in number provided by Plaintiffs' counsel.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge