**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND 20770**
**301-344-0052**

M E M O R A N D U M

TO:         Counsel of Record

FROM:   Judge Roger W. Titus

RE:         *Fletcher, et al., v. Lamone, et al.*
               Civil Action No. RWT-11-3220

DATE:    November 16, 2011

\* \* \* \* \* \* \* \* \*

On November 16, 2011, the Court conducted an initial telephone status conference with the parties. During the conference, the Court set a briefing schedule for Plaintiffs' pending Motion to Convene a Three-Judge Court. Doc. No. 2. Defendants are directed to file any opposition to the motion by **Friday, November 18, 2011 at 2:00 p.m.** Plaintiffs are directed to file their reply by **Monday, November 21, 2011 at 2:00 p.m**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge