IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| PATRICIA FLETCHER, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Action No: 8:11-cv-03220-RWT |
| | * | |
| LINDA H. LAMONE, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Motion to Dismiss and accompanying Opposition to Motion for Three-Judge Panel and Memorandum in Support of Motion to Dismiss, and any responses thereto, and it appearing to the Court from the pleadings that the claims asserted in the Complaint are insubstantial and do not state a claim upon which relief can be granted, it is, this _____ day of _____, 2011, by the United States District Court for the District of Maryland, ORDERED:

1. That the complaint does not state a substantial claim for relief and, therefore, three judges are not required in order to resolve the asserted claims;

2. That Defendants' Motion to Dismiss is Granted;

3. That the action against these Defendants as pled in the Complaint is hereby dismissed with prejudice.

_____
Roger W. Titus
United States District Judge