# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

# M E M O R A N D U M

TO:        Counsel of Record

FROM:     Judge Roger W. Titus

RE:        *Fletcher, et al., v. Lamone, et al.*  
             Civil Action No. RWT-11-3220

DATE:     December 1, 2011

\* \* \* \* \* \* \* \* \*

Before the Court are Plaintiffs' Motion to Propose Schedule, Doc. No. 15, and Defendants' response thereto. Doc. No. 19. After discussing a schedule with the other members of the three-judge court, Plaintiffs' Motion to Propose Schedule, Doc. No. 15, is **GRANTED IN PART and DENIED IN PART**. The schedule is set as follows:

| | |
|---|---|
| Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and the filing of any other dispositive motions | December 2, 2011 |
| Plaintiffs' Submission of Affidavits and opposition to any dispositive motions | December 7, 2011 |
| Defendants' Submission of Affidavits and reply in support of any dispositive motions | December 13, 2011 |
| Plaintiffs' Submission of Rebuttal Affidavits | December 16, 2011 |
| Hearing Before the Three-Judge Court | December 20, 2011 |

The hearing will take place in the United States District Court for the District of Maryland, Southern Division, in Courtroom 4C. It is scheduled for **December 20, 2011 from 10:00 a.m. until 1:00p.m.**, with the time equally divided between the parties. The parties should be prepared to proceed on that date with a trial on the merits on all counts of the Complaint based on the submitted affidavits pursuant to Federal Rule of Civil Procedure 65(a)(2). The Court plans on publishing an opinion by the end of January 2012 and will discuss with the parties at the hearing any election dates that may need to be modified.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge