IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

|  |  |  |
|---|---|---|
| | * | |
| PATRICIA FLETCHER, *et al.*, | | |
| | * | |
| *Plaintiffs,* | | |
| | * | |
| v. | | Civil Action No: |
| | | 8:11-cv-03220-RWT |
| | * | |
| LINDA H. LAMONE, *et al.*, | | |
| | * | |
| *Defendants.* | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DECLARATION OF DONNA J. DUNCAN

I, Donna J. Duncan, being competent to testify, declare as follows:

1.     I am an employee of the State of Maryland and currently serve as Director of Election Management for the Maryland State Board of Elections (the "State Board").   I have been employed by the State Board since 1977.   My duties as Director of Election Management include supervising and coordinating the preparation, planning, and conduct of all statewide elections, including the 2012 Presidential Primary election.

2.     As Director of Election Management, I am familiar with all aspects of the elections process in Maryland, including functions that are performed by the State Board and its staff, and by the local boards of elections.   Election planning also requires detailed knowledge of the times reasonably necessary to accomplish election-related tasks, including those associated with implementing a new redistricting plan.

3.     Maryland's 2012 Presidential Primary election is scheduled for April 3, 2012, and coincides with the District of Columbia primary.   Early voting begins on March 24, 2012. In Maryland, the April 3 election will involve nominating contests for numerous offices

Exhibit 6

including for President, Congress, various judicial offices, boards of education, county offices, and delegates to the national party conventions.   As part of my official duties, I assisted in the development of the "2012 Presidential Election Calendar," a planning tool used by state and local elections officials, candidates, and the public, which is available on the State Board's website[1] and attached as Exhibit A.

4.      Pursuant to federal and State law, absentee ballots must be mailed on or before February 18, 2012, to all voters who are covered by the Uniformed and Overseas Civilians Absentee Voting Act ("UOCAVA"), 42 U.S.C. § 1973ff, and who have requested mail delivery of such ballots.   This deadline, which is 45 days before the April 3, 2012, primary election, is mandated by the Military Overseas Voter Empowerment Act of 2009 (the "MOVE Act") and by legislation enacted by the Maryland General Assembly during its 2011 legislative session. Chapter 169, Laws of Maryland 2011.   To meet this requirement, the mailing of absentee ballot packages has been scheduled for Friday, February 17, 2012, to ensure that all ballots are delivered to overseas voters in time for these voters to have an adequate opportunity to receive, vote, and return their ballots in time to be counted.   *See* Exhibit A (indicating April 13 as the absentee ballot deadline for local boards to receive absentee ballots by mail).

5.      In order to mail absentee ballot packages by the MOVE Act deadline, printing of ballots must begin no later than February 6, 2012.   Multiple ballot styles must be printed and delivered to the local boards where the ballot packages are assembled and organized for mailing.   In my experience, ten or eleven days is the minimum time in which these tasks may be accomplished and leaves little or no margin for error in the event of unanticipated problems or delays in the printing and delivery of ballots.

---

[1] The 2012 Presidential Election calendar is posted at: http://www.elections.state.md.us/elections/2012/201_pres_election_calendar.pdf  (last revised August 22,  2011).

2

6.     Several actions must be taken before election ballots are ready for printing and for use in a voting unit. In Maryland, there are two methods of voting: the AccuVote Touchscreen Direct Recording Electronic (DRE) units for polling place voting, and paper Optical Scan ballots for absentee and provisional voting. Ballot styles must be designed for use in each method of voting. A ballot style is a unique set of candidates and/or ballot questions for a certain group of voters. Approximately 100 separate ballot styles will be created for the April 2012 primary. The various ballot styles must be (a) defined, (b) formatted for different voting units and, in Maryland's two largest counties, translated into Spanish, (c) proofed, (d) corrected, (e) certified by the State Board, and (f) publicly displayed. In addition, time must be allowed for any challenges to the certified ballot to be filed and judicially determined. (Election Law Article, § 12-202.)

7.     To timely complete the tasks related to the ballot styles, SBE has hired a specialized ballot programmer to come to Maryland from January 9, 2012 through January 20, 2012 to set up the ballot templates, import the defined ballots into the templates, and create and format DRE versions of the ballots and absentee ballots. Before ballots are final, each of the ballot formats must be sent to the appropriate local board for proofing. The local boards provide the State with corrections, and then new versions of each ballot are created, certified, and displayed for public review and comment. In addition, the final ballot database must include an audio recording of every word on each ballot as well as operational instructions to allow visually-impaired voters to vote on the DRE units. The audio recording takes several weeks so the written script must be prepared when ballots are complete so that the audio recording can be finished in time for the election. Apart from the time for filing and resolving in court any challenges to the ballot and to audio recorded ballots, and notwithstanding any calendar dates set by State law, the minimum time required to define, format, proof, correct, certify, display, challenge, and begin printing of ballots is 10 business days.

8.      In light of the timelines described above, the ballots must be defined no later than January 20, 2012, in order for the State to comply with the MOVE Act and to allow overseas voters the federally-mandated time period in which to vote their absentee ballots.

9.      Ballot styles are defined in Maryland's Election Management System ("EMS") according to a program that draws data from three databases, combining information regarding the offices being contested, the candidates for each office, and the polling places where those contests can be voted.   It is critical that the data in each database is accurate in order to assign every voter the correct ballot style. The proper ballot style provides the voter with the correct set of contests and candidates that the voter is legally entitled to vote. For the first election conducted after redistricting, additional time must be factored into an election preparation timeline than is ordinarily needed. Prior to changing each of the EMS databases, Maryland's statewide voter registration system (called MDVOTERS) must be updated with redistricting data.

10.     Redistricting involves substantial manual changes to the data contained in EMS and MDVOTERS, as well as review and modification of election plans relating to staffing, equipment, voting supplies, and site selection for any new polling places resulting from redistricting. Review of each database in EMS begins with a determination of which of the 24 counties have a congressional district assignment change. For each county that has a change, the office database must be corrected by adding the office of congress with a new congressional district, inactivating the office of congress for any with an eliminated congressional district, and making adjustments to the Delegate to National Convention Selection Plan on the number of delegates and specific offices for each congressional district. Then the new list of offices for each county must be printed, proof read and sent to each local board to verify accuracy.

11.     In addition, the candidate database must be reviewed. A candidate affected by a change in congressional or local district lines must be reassigned to the appropriate contest

and given an opportunity to withdraw. Because congressional candidates do not need to live in the district for which they file for office, each changed district candidate will need to be contacted to determine if they wish to change to the new congressional district. Candidates for Delegate to the National Convention, on the other hand, must reside in the congressional district in which they run, so they will automatically be switched to the new district. In 2000, there were a total of 397 congressional and convention delegate candidates, therefore any change in the district lines after the January 11 candidate filing deadline will require going through these hundreds of candidates to determine their appropriate congressional district.

12.    The tasks involved with changing MDVOTERS data as a result of redistricting is also extensive and based on my previous experience with congressional redistricting, the time reasonably necessary for the State and local boards to analyze, plan, and implement new precincts and polling places to conform to a redistricting plan may be as long as five or six weeks.   However, the time needed depends to some degree on the extent of the changes associated with a particular redistricting plan.   The basic workplan is outlined in Exhibits B ("Redistricting Phase I Flow Chart") and C ("Redistricting Tasks for Local Boards of Elections").   The flow chart, Exhibit B, was prepared to timely implement the October 2011 redistricting plan enacted by the Maryland General Assembly and is being used by staff to perform their assigned tasks correctly and in sequence.   The list of local board tasks, Exhibit C, is a summary that I prepared for this declaration to help explain the process.

13.    The steps necessary to implement a redistricting plan begins with marking new lines on a map, determining new districts, and verifying their accuracy in MDVOTERS. Elections officials must then identify which precincts are affected by the new lines and design new precincts based on all the multiple districts (Congressional, legislative, county council/commissioner, board of education, and election districts) to be assigned to the

5

newly reconfigured precincts. Legal descriptions of new precincts must be created.   (An example of a legal description is attached hereto as Attachment D.) In 2010, there were approximately 1,800 precincts in Maryland. MDVOTERS and EMS each contain a separate record in the polling place/precinct database for each of the 1,800 precincts. Once each local board has completed their redistricting process in the MDVOTERS system, they are asked to manually mark a copy of the EMS polling place list with changes and additions. The data includes the name of the building, the street address, a list of each district that is assigned to that precinct (Congressional, legislative, judicial, county council/commissioner and board of education) and a detailed questionnaire on the disability accessibility status of each building and the status of what changes may be made on election day to make the building accessible.

14.     MDVOTERS data is maintained by the local boards and the redistricting process requires continuous access to the MDVOTERS street files module or the Geographical Information System ("GIS") interface in MDVOTERS. EMS is maintained at the State Board of Elections and access to these databases is limited to 3 staff members who will be responsible for making all corrections and changes prior to being able to begin the ballot development process. Once changes are made, each local board will be required to proof the EMS data and compare it to the MDVOTERS data as well as other data sources.

15.     Precinct changes require updates to all relevant street files in the MDVOTERS street files module, a time-consuming data entry task involving record-by-record changes to assign all streets and street segments to the correct districts, precincts and polling places. The data must then be double-checked against the new maps, legal descriptions, and existing street files to verify its accuracy or to correct errors.

16.     Local boards of election must also assign new polling places. Each designated polling place must meet State law requirements including a determination that the polling place is suitable for elections and located as conveniently as practicable for the majority of

registered voters assigned to that polling place. If new polling places are needed, the local board must secure use of a public building, if one is available. If not, the local board must secure space in a private building. By State law, a polling place may not be used until it has been fully surveyed for disability accessibility. State law also requires that voters receive adequate notice of a newly assigned polling place. Election officials in Montgomery County, which has the greatest number of registered voters in Maryland, estimate that they will need most of January 2012 to complete the process of generating and sending updated notifications to all voters affected by redistricting.

17.    Once all MDVOTERS data has been entered, proofed, and corrected, the EMS polling place database must be manually updated.   Reports are then generated from MDVOTERS to show any overlapping street records or gaps in coverage.   Errors or exceptions in this data must be corrected or resolved before EMS data can be changed. After this process, staff will run a "Report of Stranded Voters" report and correct each voter record individually by clearing the existing residential address and re-entering that address in a form recognized by the computer system.

18.    Performing these tasks add significantly to the workload of the State Board and of any local boards that are affected by newly drawn district lines.   Beyond those updates to the voter and candidate data that I have described, precinct and polling place changes also require review and modification of staffing, equipment, and supply plans for all affected polling places, including the possible reassignment of election judges or the recruitment and training of new judges.

19.    For any redistricting that occurs near to an election, the increase in workload would happen at a time when elections officials and staff are already involved in election preparations and other ongoing responsibilities.   Election preparation tasks that must be performed in January 2012 in preparation for the April primary and early voting in March include assisting persons who wish to file as candidates, election judge recruitment and

7

training, finalizing polling place contracts, ordering election supplies, organizing and
packing polling place materials, meeting with emergency management personnel to
develop disaster plans, developing security plans, processing new voter registration and
party change forms, processing absentee ballot requests, and planning with other county
agencies and private entities to secure commitments and supplies from them for election
day (such as use of vehicles and staff). For this reason, the time needed to perform the
necessary tasks to implement a redistricting plan would likely increase if election officials
are asked to simultaneously prepare for an upcoming election, which would occur when
new district lines are drawn close to an election.

20.     From December 23, 2011 until January 2, 2012, the MDVOTERS computer system
will be unavailable for use while a critical and long-planned system upgrade is performed.
This upgrade, which involves replacing hardware and software, will provide important
enhancements to the performance and functionality of the system and will upgrade the
system to 64 bit (the current computing standard) from 32 bit. This conversion moves
Maryland's election process to an upgraded, faster and modern computer system
environment, allows MDVOTERS to be compatible with other State agencies computer
systems, allows the system to perform more robustly which is required for upcoming
projects and will eliminate the outdated 32 bit computer environment. Development of
the new system is performed by a vendor located off site and all development work on
MDVOTERS has been performed by the vendor on the new 64 bit equipment, the vendor's
old 32 bit equipment was disposed of over 6 months ago. Therefore, should any part of
the current statewide voter registration database break, a fix is estimated to take the vendor
several months to try to re-establish the old 32 bit equipment environment and software
and would seriously jeopardize the conduct of the 2012 elections. In addition, two voter
registration initiatives to be implemented in 2012 are dependent upon the completion of
this upgrade, including a new interface system with the Motor Vehicle Administration

8

(MVA) to ensure that individuals who register to vote at the MVA are added to MDVOTERS electronically.   Without this interface, voter information will be continue to be sent from the MVA to election boards in paper form. MVA is the largest source of new voter registrations but under the paper based system, thousands of forms have been lost. As a result, many of those potential voters were never registered to vote. A summary of these enhancements and new projects was prepared for this declaration and is attached as Exhibit E ("Statewide Voter Registration System December 2011 Upgrade").

21.     Based on my experience of elections and the redistricting process, should there be substantial changes to the district lines enacted by the General Assembly, these changes could not reliably be implemented prior to January 20, 2012, unless some significant portion of the work could be accomplished in December 2011.   At a minimum, drawing new lines in January 2012 would create additional risks to the preparation and orderly conduct of the primary elections in compliance with the MOVE Act.

22.     For the reasons given above, it is my judgment that implementing a new redistricting plan would likely take more than two and as many as five weeks, depending on the extent of the changes required and the date on which the changes are ordered. Accordingly, to enable the State and local boards to complete all the necessary redistricting work on or before January 20, 2012, the date by which the ballots must be defined, it is vital that this work be started no later than December 21, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of December, 2011.

Donna J. Duncan

# ATTACHMENT A

Primary Election - April 3, 2012
General Election - November 6, 2012

**2012 Presidential Election Calendar**
Updated: 8/22/2011

Maryland State Board of Elections
151 West Street - PO Box 6486
Annapolis, MD 21401-0486

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority[3] |
|---|---|---|---|---|---|
| Tuesday, January 11, 2011 | | Begin Candidate Filing | First day candidates for the 2012 election can file a *Certificate of Candidacy*. | 1 year before the deadline to file a *Certificate of Candidacy*. | SBE Policy |
| Monday, January 17, 2011 | | Martin Luther King's Birthday | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Wednesday, January 19, 2011 | 11:59 pm | Campaign Finance Report | Deadline to file annual campaign finance report for all political committees. | 3rd Wednesday in January. | EL § 13-309(b)(2) |
| Monday, February 21, 2011 | | President's Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Monday, April 04, 2011 | | Early Voting Center Approval Form | Deadline for SBE to provide the local boards with the form for a proposed early voting center. | At least one year before a primary election. | COMAR 33.17.02.02A(1) |
| Monday, May 02, 2011 | COB | Request for Advance Determination of Sufficiency for 2011 Referendum Petition Format | Deadline for petition sponsor to submit to SBE a request for advance determination of sufficiency of a referendum petition format. | At least 30 days before the deadline to file the petition. | EL § 6-210(a)(1) |
| Monday, May 09, 2011 | COB | Determination of Referendum Petition Format Sufficiency | Deadline for SBE to determine sufficiency of a referendum petition format. | Within 5 days of receiving the request for advance determination. | EL § 6-210(a)(2) |
| Wednesday, May 11, 2011 | COB | Notification of Outcome of Advance Determination of a Referendum Petition Format | Deadline for SBE to notify petition sponsor of the approval or deficiency of referendum petition format. | Within 2 business days after determining sufficiency of referendum petition format. | EL § 6-210(b) |
| Friday, May 27, 2011 | | Service Reduction Day | SBE and most local boards will be closed. | Friday before Memorial Day. | Executive Order 01.01.2010.11 |
| Monday, May 30, 2011 | | Memorial Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Tuesday, May 31, 2011 | 11:59 pm | Filing Referendum Petition on Acts of the 2011 General Assembly | Deadline for petition sponsor to submit to Secretary of State at least one-third of the referendum petition signatures. | Petitions are filed with the Secretary of State before the 1st day of June. | MD Const. Art. XVI, § 3(b) |
| Monday, June 20, 2011 | COB | Verification and Counting of Referendum Petition | Deadline for the local boards to verify and count the signatures on the referendum petition. | Within 20 days after the filing of the petition. | EL § 6-210(c) |
| Wednesday, June 22, 2011 | COB | Certification of Referendum Petition | Deadline for SBE to certify the results of the first submission of the required signatures. | Within 2 business days after verification and counting is completed; deadline is extended if judicial review is pending. | EL § 6-210(d) |
| Thursday, June 30, 2011 | 11:59 pm | Filing Referendum Petition on Acts of the 2011 General Assembly | Deadline for petition sponsor to submit to Secretary of State the balance of referendum petition signatures. | Petitions are filed with the Secretary of State by the 30th day of June. | MD Const. Art. XVI, § 3(b) |
| Monday, July 04, 2011 | | Independence Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Tuesday, July 05, 2011 | COB | Judicial Review of Referendum Petition Certification | Deadline to seek judicial review of referendum petition certification of the first submission of the required signatures. | 10th day following SBE's determination (July 2, 2011) or 63rd day before the general election (September 4, 2012), whichever is earlier. | EL § 6-210(e) |

[1] Under Maryland law, if a deadline is a Saturday, Sunday, or legal holiday, the deadline is moved to the next regular business day.  See EL § 1-301.
[2] COB means close of business.  For SBE, the close of business is 5:00 p.m.  Because the close of business varies by county, please contact the appropriate local board of elections to find out when the election office closes.
[3] Most citations refer to the Election Law (EL) Article of the Annotated Code of Maryland.  COMAR refers to the Code of Maryland Regulations.  USC refers to the United States Code.

Primary Election - April 3, 2012
General Election - November 6, 2012

**2012 Presidential Election Calendar**
Updated: 8/22/2011

Maryland State Board of Elections
151 West Street - PO Box 6486
Annapolis, MD 21401-0486

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority[3] |
|---|---|---|---|---|---|
| Wednesday, July 20, 2011 | COB | Verification and Counting of Referendum Petition | Deadline for the local boards to verify and count the balance of the signatures on the referendum petition. | Within 20 days after the filing of the petition. | EL § 6-210(c) |
| Friday, July 22, 2011 | COB | Certification of Referendum Petition | Deadline for SBE to certify the results of the full referendum petition verification. | Within 2 business days after verification and counting is completed; deadline is extended if judicial review is pending. | EL § 6-210(d) |
| Monday, August 01, 2011 | COB | Judicial Review of Referendum Petition Certification | Deadline to seek judicial review of referendum petition certification. | 10th day following SBE's determination (August 1, 2011) or 63rd day before the general election (September 4, 2012), whichever is earlier. | EL § 6-210(e) |
| Tuesday, August 02, 2011 | | Determination of Number of Registered Voters (Early Voting Centers) | Deadline for the State Administrator to determine the number of active registered voters for use when determining the number of early voting centers in each jurisdiction. | Tuesday that is 8 months before the primary election. | COMAR 33.17.02.01A(1) |
| Monday, August 08, 2011 | | Notice of Number of Early Voting Centers | Deadline for the State Administrator to provide the local boards with the number of early voting centers in each jurisdiction. | Within 5 days of determination of number of registered voters. | COMAR 33.17.02.01B |
| Friday, September 2, 2011 | | Service Reduction Day | SBE and most local boards will be closed. | Friday before Labor Day. | Executive Order 01.01.2011.08 |
| Monday, September 05, 2011 | | Labor Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Tuesday, September 06, 2011 | | Early Voting Center Approval Form | Deadline for the local boards to submit to SBE a form for each proposed early voting center. | At least 7 months before a primary election. | COMAR 33.17.02.02A(2) |
| Saturday, September 17, 2011 | | Constitution Day and Citizenship Day | Commemorate the signing of the U.S. Constitution and require public schools to celebrate the day and instill in students knowledge of history, importance, and meaning of the U.S. Constitution and Maryland Constitution. | Anniversary of signing of the U.S. Constitution on September 17, 1787. | Education Art., § 7-116 |
| Friday, September 30, 2011 | COB | Certification of Number of Convention Delegates | Deadline for political parties to certify to SBE the total number of convention delegates and alternate delegates that will represent the parties at the national conventions. | Not later than October 1st in the year preceding the election. | EL § 8-501(b) |
| Monday, October 03, 2011 | | Designation of Early Voting Centers | Deadline for SBE, in collaboration with the local boards, to designate early voting centers. | No later than 6 months before a primary election. | EL § 10-301.1(c) |
| Monday, October 10, 2011 | | Columbus Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Friday, November 11, 2011 | | Veteran's Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Wednesday, November 23, 2011 | | Service Reduction Day | SBE and most local boards will be closed. | Wednesday before Thanksgiving. | Executive Order 01.01.2011.08 |
| Thursday, November 24, 2011 | | Thanksgiving | State holiday. | | State Personnel & Pensions Art., § 9-201 |

Primary Election - April 3, 2012
General Election - November 6, 2012

**2012 Presidential Election Calendar**
Updated: 8/22/2011

Maryland State Board of Elections
151 West Street - PO Box 6486
Annapolis, MD 21401-0486

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority[3] |
|---|---|---|---|---|---|
| Friday, November 25, 2011 | | American Indian Heritage Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Monday, December 12, 2011 | COB | Request for Advance Determination of Sufficiency for U.S. Presidential Primary Election Candidacy Petition Format | Deadline for U.S. Presidential candidate to submit to SBE a request for advance determination of sufficiency of the candidacy petition format. Petition is only required for Presidential primary election candidates **not** recognized by the Secretary of State for automatic ballot placement. | At least 30 days before the deadline to file the petition but not more than 2 years and one month before the deadline to file petition. | EL § 6-210(a)(1) |
| Monday, December 19, 2011 | COB | Determination of U.S. Presidential Candidacy Petition Format Sufficiency | Deadline for SBE to determine sufficiency of a U.S Presidential candidacy petition format. | Within 5 days of reviewing the request of advance determination. | EL § 6-210(a)(2) |
| Wednesday, December 21, 2011 | COB | Notification of Outcome of Advance Determination of U.S. Presidential Candidacy Petition Format | Deadline for SBE to notify candidate of the approval or deficiency of candidacy petition format. | Within 2 business days after determining sufficiency of candidacy petition format. | EL § 6-210(b) |
| Friday, December 23, 2011 | | Service Reduction Day | SBE and most local boards will be closed. | Friday before Christmas. | Executive Order 01.01.2011.08 |
| Monday, December 26, 2011 | | Christmas | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Friday, December 30, 2011 | | Service Reduction Day | SBE and most local boards will be closed. | Friday before New Year's Day. | Executive Order 01.01.2011.08 |
| Monday, January 02, 2012 | | New Year's Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Tuesday, January 03, 2012 | | Determination of Number of Registered Voters (Nomination Petition) | Deadline for SBE to determine the number of registered voters required to satisfy the requirement for a nomination by petition. | January 1st of the year of the primary election for which the nomination is sought. | EL § 5-703(e)(3) |
| Tuesday, January 03, 2012 | | Alternate Early Voting Center | Deadline for the local boards to submit to SBE a form for each proposed alternate early voting center. | At least 3 months before a primary election. | COMAR 33.17.02.02G(4) |
| Tuesday, January 03, 2012 | COB | Polling Place Change | Deadline for the local boards to create or change a precinct boundary or polling place. | Tuesday that is 13 weeks before a primary election. | EL § 2-303(b) |
| Tuesday, January 03, 2012 | COB | Appointment of Election Judges | Start of term of office for election judges. | Beginning the Tuesday that is 13 weeks before a primary election. | EL § 10-203(c) |
| Tuesday, January 03, 2012 | | Request to Waive Absentee Mailing Deadline | Deadline for SBE to submit a request to the Federal Voting Assistance Program for a waiver of the deadline to mail absentee ballots to certain voters. | At least 90 days before an election. | 42 USC 1973ff-1(g)(3) |
| Wednesday, January 11, 2012 | 9:00 pm | Candidate Filing Deadline | Deadline to file a *Certificate of Candidacy*. | Not later than the Wednesday that is 83 days before a primary election. | § 5-303(a)(2) |
| Wednesday, January 11, 2012 | 9:00 pm | Filing U.S. Presidential Candidacy Petition | Deadline for U.S. Presidential candidates not recognized by the Secretary of State to file with SBE a *Certificate of Candidacy* and petition. | Not later than the Wednesday that is 83 days before the day of the election. | EL § 8-502(d) |
| Friday, January 13, 2012 | COB | Withdrawal of Candidacy | Deadline for a candidate to withdraw his or her candidacy before the primary election. | Within 2 days after the deadline to file a *Certificate of Candidacy*. | EL § 5-502(a) |
| Monday, January 16, 2012 | | Martin Luther King's Birthday | State holiday. | | State Personnel & Pensions Art., § 9-201 |

Primary Election - April 3, 2012
General Election - November 6, 2012

**2012 Presidential Election Calendar**
Updated: 8/22/2011

Maryland State Board of Elections
151 West Street - PO Box 6486
Annapolis, MD 21401-0486

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority[3] |
|---|---|---|---|---|---|
| Tuesday, January 17, 2012 | COB | Certification of Republican and Democratic Presidential Candidates | Deadline for the Secretary of State to certify to SBE the names of the candidates for U.S. President for the primary election. | Beginning 90 days before a primary election and ending 80 days before a primary election. | EL § 8-502(c)(1) |
| Tuesday, January 17, 2012 | COB | Vacancy in Candidacy | Deadline for central committees to fill a vacancy for an office appearing on the primary election ballot. | 5 days after the deadline to file *Certificate of Candidacy*. | EL 5-901(e) |
| Tuesday, January 17, 2012 | COB | Challenge Residency of Candidate | Deadline for a registered voter to file in circuit court a petition challenging the residency of a candidate. | 6 days after the deadline to file *Certificate of Candidacy*. | EL § 5-305(c)(1) |
| Wednesday, January 18, 2012 | 11:59 pm | Campaign Finance Report | Deadline to file annual campaign finance report for all political committees. | 3rd Wednesday in January. | EL § 13-309(b)(2) |
| Wednesday, January 18, 2012 | COB | Replacement Delegate | Deadline for a Presidential candidate to file with SBE a designation for a replacement delegate. | No later than 5 days after the withdrawal deadline. | EL § 8-501(b)(2)(iii) |
| Monday, January 23, 2012 | | Certification of Ballot | Deadline for SBE to prepare and certify content and arrangement of ballots for the primary election. | No more than 11 days after the deadline to file a *Certificate of Candidacy*. | EL § 9-207(a)(1) |
| Tuesday, January 24, 2012 | COB | Display of Ballot | Deadline for SBE to display on its website the content and arrangement of each certified ballot. | Within 1 day of certifying the ballot. | EL § 9-207(c) |
| Wednesday, January 25, 2012 | COB | Judicial Review of Content and Arrangement of Ballot | Deadline for a registered voter to seek judicial review of the content and arrangement or to correct any other error on the ballot. | Within 2 days of certifying the ballot. | EL § 9-209(a) |
| Friday, January 27, 2012 | | Printing of Ballots | SBE may begin printing ballots and correct noted errors. | After 2 days of public display of ballot. | EL § 9-207(e) |
| Friday, January 27, 2012 | | Security Plan for Early Voting Centers | Deadline for the local boards to submit to the State Administrator an early voting security plan. | At least 8 weeks before early voting begins. | COMAR 33.17.02.04A |
| Tuesday, January 31, 2012 | COB | Verification and Counting of U.S. Presidential Candidacy Petition | Deadline for the local boards to verify and count the signatures on the U.S. Presidential candidacy petition. | Within 20 days after the filing of the petition. | EL § 6-210(c) |
| Thursday, February 02, 2012 | COB | Certification of U.S. Presidential Candidacy Petition | Deadline for SBE to certify the results of the U.S. Presidential candidacy petition verification. | Within 2 business days after verification and counting is completed; deadline is extended if judicial review is pending. | EL § 6-210(d) |
| Monday, February 13, 2012 | COB | Judicial Review of U.S. Presidential Candidacy Petition Certification | Deadline to seek judicial review of candidacy petition certification. | 10th day following SBE's determination (February 11, 2012) or 63rd day before a general election (September 4, 2012), whichever is earlier. | EL § 6-210(e) |
| Saturday, February 18, 2012 | | Mailing Absentee Ballots | Deadline for the local boards to mail absentee ballots to certain voters unless the Federal Voting Assistance Program grants the State a waiver of the deadline. | At least 45 days before an election unless the Federal Voting Assistance Program grants the State a waiver of the 45 day mailing deadline. | 42 USC 1973gg-1(a)(8) |
| Monday, February 20, 2012 | | President's Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Thursday, February 23, 2012 | | Public Education for Early Voting | SBE and local boards start public education about early voting. | 30 days before early voting for a primary election. | EL § 10-301.1(f) |

Primary Election - April 3, 2012
General Election - November 6, 2012

**2012 Presidential Election Calendar**
Updated: 8/22/2011

Maryland State Board of Elections
151 West Street - PO Box 6486
Annapolis, MD 21401-0486

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority[3] |
|---|---|---|---|---|---|
| Monday, February 27, 2012 | | Review of Early Voting Security Plan | Deadline for the State Administrator to review and provide feedback on a local board's early voting security plan. | Within 30 days of receipt of an early voting security plan. | COMAR 33.17.02.04C(2) |
| Tuesday, March 13, 2012 | 9:00 pm | Close of Registration & Party Affiliation Deadline | Deadline to register to vote or change party affiliation for the primary election. | 21st day preceding an election. | EL § 3-302(a) |
| Tuesday, March 13, 2012 | 9:00 pm | Polling Place Reassignment | Deadline for elderly voters or voters with disabilities to submit a request to the local boards for reassignment to an accessible polling place. | No later than the close of registration before any election. | EL § 10-102(b)(1) |
| Tuesday, March 13, 2012 | COB | Voter Registration Lists | Deadline for a registered voter to request a voter registration list. (New requests will not be taken until registration reopens.) | On or before the registration deadline. | COMAR 33.03.02.05B |
| Monday, March 19, 2012 | | Logic and Accuracy Testing - Early Voting | Deadline for the local boards to complete logic and accuracy testing of the voting units being used for early voting. (Note: A public demonstration of the test must be conducted before any voting units are delivered to an early voting center.) | At least 14 days before an election. | COMAR 33.10.02.14,16 |
| Friday, March 23, 2012 | COB | Voter Registration Lists | Deadline for SBE and the local boards to prepare a voter registration list that includes registrants through the registration deadline. | Within 10 days of the voter registration deadline. | COMAR 33.03.02.05C(2) |
| Friday, March 23, 2012 | COB | Logic and Accuracy Testing - Election Day | Deadline for the local boards to complete logic and accuracy testing of the election management system and voting units being used for election day voting and absentee and provisional voting.   (Note: A public demonstration of the test must be conducted before any voting units are delivered to an early voting center.) | At least 10 days before an election. | COMAR 33.10.02.14,16 COMAR 33.10.11.15,16 |
| Friday, March 23, 2012 | 11:59 pm | Campaign Finance Report | Deadline to file the first pre-primary election campaign finance report. | 2nd Friday immediately preceding a primary election. | EL § 13-309(a)(2) |
| Friday, March 23, 2012 | 11:59 pm | Affidavit of Contributions and Expenditures | Deadline for Presidential-designated political committees receiving and spending campaign funds of $999.99 or less in a reporting period to file an affidavit. | On or before the deadline to file the first pre-primary election campaign finance report. | EL § 13-305 |
| Saturday, March 24, 2012 | 10:00 am to 8:00 pm | Early Voting Begins | Early voting for the primary election begins. On Sunday, March 25th, early voting centers are open from 12:00 pm to 6:00 pm. | 2nd Saturday before an election through the Thursday before an election. | EL § 10-301.1 |
| Monday, March 26, 2012 | COB | Judicial Review of any Ballot Printing Errors | Deadline for a registered voter to seek judicial review if an error is discovered after the ballots have been printed and the local board fails to correct the error. | Not later than the 2nd Monday preceding an election. | EL § 9-209(c) |
| Monday, March 26, 2012 | | Notice of Election | Deadline for the local boards to provide notice of the primary election. | At least one week before an election. | EL § 8-102 |

Primary Election - April 3, 2012
General Election - November 6, 2012

**2012 Presidential Election Calendar**
Updated: 8/22/2011

Maryland State Board of Elections
151 West Street - PO Box 6486
Annapolis, MD 21401-0486

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority [3] |
|---|---|---|---|---|---|
| Tuesday, March 27, 2012 | 8 pm (mail) or 11:59 pm (fax/email) | Absentee Ballot Application Deadline | Deadline to request an absentee ballot by mail, fax, or email. | Tuesday before an election. | EL § 9-305(b); COMAR 33.11.02.02D |
| Wednesday, March 28, 2012 | | Late Absentee Ballot Application | Beginning of period to request absentee ballot using the late absentee ballot application. | Starting Wednesday before the election through 8:00 pm on election day. | EL § 9-305(c); COMAR 33.11.02.04A |
| Thursday, March 29, 2012 | 10:00 am to 8:00 pm | Early Voting Ends | Early voting for the primary election ends. | 2nd Saturday before an election through the Thursday before an election. | EL § 10-301.1 |
| Tuesday, April 03, 2012 | 7:00 am to 8:00 pm | Primary Election | Presidential Primary Election Day. | 1st Tuesday in April in the year in which the President of the United States is elected. | EL § 8-201(a)(2)(II) |
| Tuesday, April 03, 2012 | 8:00 pm | Extended Voter Registration Deadline | Extended deadline for receipt of voter registration applications sent by mail for voting in the primary election. | An application received by mail after the close of registration is timely if it is properly postmarked. | EL § 3-302(c); COMAR 33.05.04.01C, D |
| Tuesday, April 03, 2012 | 8:00 pm | Absentee Ballot Deadline | Deadline for the local boards to receive an absentee ballot. | An absentee ballot is timely received if it is received by the local board before 8:00 pm on election day. | COMAR 33.11.03.08B(1) |
| Thursday, April 05, 2012 | 10:00 am | Absentee Ballot Canvass 1 | Local boards of canvassers are required to begin the 1st canvass of absentee ballots. | 10:00 am on the Thursday after an election. | COMAR 33.11.04.03A(1) |
| Wednesday, April 11, 2012 | 10:00 am | Provisional Ballot Canvass | Local boards of canvassers are required to begin the canvass of provisional ballots. | 10:00 am on the 2nd Wednesday after an election. | COMAR 33.16.05.02A |
| Friday, April 13, 2012 | 10:00 am | Extended Absentee Ballot Deadline | Deadline for the local boards to receive absentee ballots by mail. | 10:00 am on the 2nd Friday after an election provided there is a proper postmark or date on voter oath. | COMAR 33.11.03.08B(2) |
| Friday, April 13, 2012 | 10:00 am | Absentee Ballot Canvass 2 | Local boards of canvassers are required to begin the 2nd canvass of absentee ballots. | 10:00 am on the 2nd Friday after an election. | COMAR 33.11.04.03A(2) |
| Friday, April 13, 2012 | | Post-Election Audit | Deadline for the local boards to conduct the post-election audit for 10% of precincts. | Before certifying the results of an election. | COMAR 33.10.02.38 COMAR 33.10.11.38 |
| Friday, April 13, 2012 | | Verification of Vote Count | Deadline for the local boards of canvassers to verify the primary election vote count. | Within 10 days after an election and before certifying the results of an election. | EL § 11-308(a) |
| Friday, April 13, 2012 | | Certification of the Election | Deadline for the local boards of canvassers to certify the results of primary election. | After the verification of vote count is completed. | EL § 11-308(b) |
| Friday, April 13, 2012 | | Transmittal of Results | Local boards of canvassers must transmit certified copies of election results to the Governor, SBE, and appropriate Clerk of the Circuit Court. | 2nd Friday after an election or if canvass is completed afterward, within 48 hours after completion. | EL § 11-401(c) |
| Monday, April 16, 2012 | | Voter Registration Reopens | Voter registration reopens. | 11th day after an election. | EL § 3-302(a) |
| Tuesday, May 01, 2012 | COB | Request for Advance Determination of Sufficiency for 2012 Referendum Petition Format | Deadline for petition sponsor to submit to SBE a request for advance determination of sufficiency of a referendum petition format. | At least 30 days before the deadline to file the petition. | EL § 6-210(a)(1) |
| Monday, May 07, 2012 | COB | Determination of Referendum Petition Format Sufficiency | Deadline for SBE to determine sufficiency of a referendum petition format. | Within 5 days of receiving the request for advance determination. | EL § 6-210(a)(2) |

Primary Election - April 3, 2012
General Election - November 6, 2012

**2012 Presidential Election Calendar**
Updated: 8/22/2011

Maryland State Board of Elections
151 West Street - PO Box 6486
Annapolis, MD 21401-0486

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority [3] |
|---|---|---|---|---|---|
| Tuesday, May 08, 2012 | COB | Statewide Certification of Results | Deadline for the State Board of Canvassers to convene to certify election results. | Within 35 days after a primary election. | EL § 11-503(a)(1)(ii) |
| Wednesday, May 09, 2012 | COB | Notification of Outcome of Advance Determination of a Referendum Petition Format | Deadline for SBE to notify petition sponsor of the approval or deficiency of referendum petition format. | Within 2 business days after determining sufficiency of referendum petition format. | EL § 6-210(b) |
| Friday, May 11, 2012 | COB | Petition for Recount | Deadline to file a petition for a recount of the votes cast for an office on the ballot. | Within 3 days after the results of the election have been certified. | EL § 12-101(a) |
| Friday, May 25, 2012 | | Service Reduction Day | SBE and most local boards will be closed. | Friday before Memorial Day. | Executive Order 01.01.2011.08 |
| Monday, May 28, 2012 | | Memorial Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Thursday, May 31, 2012 | 11:59 pm | Filing Referendum Petition on Acts of the 2012 General Assembly | Deadline for petition sponsor to submit to Secretary of State at least one-third of the referendum petition signatures. | Petitions are filed with the Secretary of State before the 1st day of June. | MD Const. Art. XVI, § 3(b) |
| Wednesday, June 20, 2012 | COB | Verification and Counting of Referendum Petition | Deadline for the local boards to verify and count the signatures on the referendum petition. | Within 20 days after the filing of the petition. | EL § 6-210(c) |
| Friday, June 22, 2012 | COB | Certification of Referendum Petition | Deadline for SBE to certify the results of the first submission of the required signatures. | Within 2 business days after verification and counting is completed; deadline is extended if judicial review is pending. | EL § 6-210(d) |
| Friday, June 29, 2012 | 5:00 pm | Declaration of Intent | Deadline for a candidate who seeks nomination by a recognized non-principal political party to file a *Declaration of Intent* to seek nomination. | In the year in which the President of the United States is elected, must be filed by July 1st. | EL § 5-703.1(c)(3)(ii) |
| Friday, June 29, 2012 | 5:00 pm | Declaration of Intent | Deadline for an unaffiliated candidate or a candidate who is affiliated with a non-recognized political party who intends to seek nomination by petition to file a *Declaration of Intent* to seek nomination. | In the year in which the President of the United States is elected, must be filed by July 1st. | EL § 5-703(c)(3)(ii) |
| Saturday, June 30, 2012 | 11:59 pm | Filing Referendum Petition on Acts of the 2012 General Assembly | Deadline for petition sponsor to submit to Secretary of State the balance of referendum petition signatures. | Petitions are filed with the Secretary of State by the 30th day of June. The Secretary of State will be available to receive the referendum petition even though the deadline is a Saturday. | MD Const. Art. XVI, § 3(b) |
| Monday, July 02, 2012 | COB | Judicial Review of Referendum Petition Certification | Deadline to seek judicial review of referendum petition certification of the first submission of the required signatures. | 10th day following SBE's determination (July 2, 2012) or 63rd day before the general election (September 4, 2012), whichever is earlier. | EL § 6-210(e) |
| Wednesday, July 04, 2012 | | Independence Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Thursday, July 05, 2012 | COB | Challenge Residency of Candidate | Deadline for a registered voter to file in circuit court a petition challenging the residency of a candidate. | 6 days after the deadline to file a *Declaration of Intent*. | EL § 5-305(c)(2) |

Primary Election - April 3, 2012
General Election - November 6, 2012

**2012 Presidential Election Calendar**
Updated: 8/22/2011

Maryland State Board of Elections
151 West Street - PO Box 6486
Annapolis, MD 21401-0486

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority[3] |
|------|------|------------|-------------|-------------|----------------|
| Friday, July 06, 2012 | COB | Request for Advance Determination of Sufficiency for Candidacy or New Party Petition Format | Deadline for candidate or petition sponsor to submit to SBE a request for advance determination of sufficiency of a candidacy or new party petition format. | At least 30 days before the deadline to file the petition but not more than 2 years and one month before the deadline to file petition. | EL § 6-210(a)(1) |
| Wednesday, July 11, 2012 | COB | Determination of Candidacy or New Party Petition Format Sufficiency | Deadline for SBE to determine sufficiency of a candidacy or new party petition. | Within 5 days of receiving the request of advance determination. | EL § 6-210(a)(2) |
| Friday, July 13, 2012 | COB | Request for Advance Determination of Sufficiency for Charter Amendment Petition Format | Deadline for petition sponsor to submit to the appropriate local board a request for advance determination on the sufficiency of a charter amendment petition format. | At least 30 days before the deadline to file the petition but not more than 2 years and one month before the deadline to file petition. | EL § 6-210(a)(1) |
| Friday, July 13, 2012 | COB | Notification of Outcome of Advance Determination of a Candidacy or New Party Petition Format | Deadline for SBE to notify candidate or petition sponsor of the approval or deficiency of candidacy or new party petition format. | Within 2 business days after determining sufficiency of a candidacy or new party petition. | EL § 6-210(b) |
| Wednesday, July 18, 2012 | COB | Determination of Charter Amendment Petition Format Sufficiency | Deadline for the local boards to determine sufficiency of a charter amendment petition format. | Within 5 days of receiving the request of advance determination. | EL § 6-210(a)(2) |
| Friday, July 20, 2012 | COB | Verification and Counting of Referendum Petition | Deadline for the local boards to verify and count the balance of the signatures on the referendum petition. | Within 20 days after the filing of the petition. | EL § 6-210(c) |
| Friday, July 20, 2012 | COB | Notification of Outcome of Advance Determination for Charter Amendment Petition Format | Deadline for the local boards to notify petition sponsor of the approval or deficiency of charter amendment petition format. | Within 2 business days after determining sufficiency of a charter amendment petition. | EL § 6-210(b) |
| Monday, July 23, 2012 | COB | Certification of Referendum Petition | Deadline for SBE to certify the results of the full referendum petition verification. | Within 2 business days after verification and counting is completed; deadline is extended if judicial review is pending. | EL § 6-210(d) |
| Thursday, August 02, 2012 | COB | Judicial Review of Referendum Petition Certification | Deadline to seek judicial review of referendum petition certification. | 10th day following SBE's determination (August 2, 2012) or 63rd day before the general election (September 4, 2012), whichever is earlier. | EL §6-210(e) |
| Monday, August 06, 2012 | 5:00 pm | Filing Candidacy Petition and *Certificate of Candidacy* | Deadline for general election petition candidate to file with SBE the *Certificate of Candidacy* and candidacy petition. | 1st Monday in August. | EL § 5-703(d) & (f) |
| Monday, August 06, 2012 | 5:00 pm | Filing New Party Petition | Deadline for petition sponsor to file with SBE a new political party petition. | 1st Monday in August. | EL § 4-102(c)(2)(i) |
| Monday, August 06, 2012 | 5:00 pm | Filing *Certificates of Nomination* and *Candidacy* | Deadline for candidates seeking nomination from a non-principal political party to file with SBE the *Certificate of Candidacy* and *Certificate of Nomination.* | 1st Monday in August. | EL § 5-703.1(d)(1) |
| Tuesday, August 07, 2012 | | Request to Waive Absentee Mailing Deadline | Deadline for SBE to submit a request to the Federal Voting Assistance Program for a waiver of the deadline to mail absentee ballots to certain voters. | At least 90 days before an election. | 42 USC 1973ff-1(g)(3) |

Primary Election - April 3, 2012
General Election - November 6, 2012

**2012 Presidential Election Calendar**
Updated: 8/22/2011

Maryland State Board of Elections
151 West Street - PO Box 6486
Annapolis, MD 21401-0486

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority[3] |
|---|---|---|---|---|---|
| Monday, August 13, 2012 | COB | Filing Charter Amendment Petition | Deadline for petition sponsor to file with local government authority a charter amendment petition. | 2nd Monday in August. | EL § 7-104(b) |
| Monday, August 13, 2012 | COB | Certification of General Assembly Ballot Questions | Deadline for SBE to prepare and certify to the local boards ballot questions referred by the General Assembly to voters of one county or part of one county. | 2nd Monday in August. | EL § 7-103(c)(2) |
| Monday, August 20, 2012 | COB | Certification of Local Ballot Questions | Deadline for County Attorney or Baltimore City Solicitor to certify to the local boards each question to be voted on in the county or part of the county. | 3rd Monday in August. | EL § 7-103(c)(3) |
| Monday, August 20, 2012 | COB | Certification of Statewide Ballot Questions and Ballot Questions Petitioned to Referendum | Deadline for Secretary of State to certify to SBE statewide ballot questions and questions relating to Acts of the General Assembly petitioned to referendum. | 3rd Monday in August. | EL § 7-103(c)(1) |
| Monday, August 27, 2012 | COB | Alternate Certification of Local Ballot Questions | Deadline for Clerk of the Circuit Court to prepare and certify local ballot questions if the County Attorney or Baltimore City Solicitor does not do so. | 4th Monday in August if County Attorney or Baltimore City Solicitor has not timely certified the ballot questions. | EL § 7-103(c)(3)(ii) |
| Monday, August 27, 2012 | COB | Verification and Counting of Candidacy or New Party Petition | Deadline for the local boards to verify and count signatures on the candidacy or new party petition. | Within 20 days after the filing of the petition. | EL § 6-210(c) |
| Week of August 27th | | Republican National Convention | Republican National Convention in Tampa, Florida. | Dates established by Republican National Committee. | |
| Tuesday, August 28, 2012 | COB | Declination of Nomination | Deadline for a candidate in the general election to file a declination of nomination. | By the 70th day preceding the general election. | EL § 5-801(b)(2)(ii) |
| Wednesday, August 29, 2012 | COB | Certification of Candidacy or New Party Petition | Deadline for SBE to certify the results of the candidacy or new party petition verification. | Within 2 business days after verification and counting is completed; deadline is extended if judicial review is pending. | EL § 6-210(d) |
| Friday, August 31, 2012 | | Service Reduction Day | SBE and most local boards will be closed. | Friday before Labor Day. | Executive Order 01.01.2011.08 |
| Monday, September 03, 2012 | | Labor Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Week of September 3rd | | Democratic National Convention | Democratic National Convention in Charlotte, North Carolina. | Dates established by Democratic National Committee. | |
| Tuesday, September 04, 2012 | COB | Verification and Counting of Charter Amendment Petition | Deadline for the local boards to verify and count signatures on a charter amendment petition. | Within 20 days after the filing of the petition. | EL § 6-210(c) |
| Tuesday, September 04, 2012 | COB | Judicial Review of Candidacy Petition Certification | Deadline to seek judicial review of candidacy petition certification. | 10th day following SBE's determination (September 8, 2012) or 63rd day before the general election (September 4, 2012), whichever is earlier. | EL § 6-210(e)(2) |
| Thursday, September 08, 2012 | COB | Certification of Charter Amendment Petition | Deadline for the local boards to certify the results of the charter amendment petition verification. | Within 2 business days after verification and counting is completed; deadline is extended if judicial review is pending. | EL § 6-210(d) |

Primary Election - April 3, 2012
General Election - November 6, 2012

**2012 Presidential Election Calendar**
Updated: 8/22/2011

Maryland State Board of Elections
151 West Street - PO Box 6486
Annapolis, MD 21401-0486

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority [3] |
|------|------|------------|-------------|-------------|-----------------|
| Monday, September 10, 2012 | COB | Judicial Review of New Party Petition Certification | Deadline to seek judicial review of new party petition certification. | 10th day after determination. | EL § 6-210(e)(1) |
| Tuesday, September 11, 2012 | | Certification of Ballot | Deadline for SBE to prepare and certify content and arrangement of ballots for the general election. | At least 55 days before a general election. | EL § 9-207(a)(2)(i) |
| Wednesday, September 12, 2012 | COB | Display of Ballot | Deadline for SBE to display on its website the content and arrangement of each certified ballot. | Within 1 day of certifying the ballot. | EL § 9-207(c) |
| Thursday, September 13, 2012 | COB | Judicial Review of Content and Arrangement of Ballot | Deadline for a registered voter to seek judicial review of the content and arrangement or to correct any other error on the ballot. | Within 2 days of certifying the ballot. | EL § 9-209(a) |
| Saturday, September 15, 2012 | | Printing of Ballots | SBE may begin printing ballots and correct noted errors. | After 2 days of public display of ballot. | EL § 9-207(e) |
| Monday, September 17, 2012 | COB | Judicial Review of Charter Amendment Petition Certification | Deadline to seek judicial review of charter amendment petition certification. | 10th day following SBE's determination (September 16, 2012) or 63rd day before the general election (September 4, 2012), whichever is earlier.  Although the 63rd day is earlier, this date is *before* the petition is certified (September 6, 2012). | EL § 6-210(e)(2) |
| Monday, September 17, 2012 | | Constitution Day and Citizenship Day | Commemorate the signing of the U.S. Constitution and require public schools to celebrate the day and instill in students knowledge of history, importance, and meaning of the U.S. Constitution and Maryland Constitution. | Anniversary of signing of the U.S. Constitution on September 17, 1787. | Education Art., § 7-116 |
| Saturday, September 22, 2012 | | Mailing Absentee Ballots | Deadline for the local boards to mail absentee ballots to certain voters unless the Federal Voting Assistance Program grants the State a waiver of the deadline. | At least 45 days before an election unless the Federal Voting Assistance Program grants the State a waiver of the 45 day mailing deadline. | 42 USC 1973gg-1(a)(8) |
| Thursday, September 27, 2012 | COB | Vacancy in Nomination | Deadline for central committees to fill a vacancy in nomination if the vacancy occurred on or before the 45th day before the general election. | The later of the 40th day before the general election or the 5th day following the vacancy. | EL §§ 5-1002(b), 5-1003(b), & 5-1004(b) |
| Thursday, September 27, 2012 | | Public Education for Early Voting | SBE and local boards start public education about early voting. | 30 days before early voting for a general election. | EL § 10-301.1(f) |
| Friday, October 05, 2012 | COB | Presidential Electors | Deadline for the State political parties of the Presidential nominees to submit to SBE the names and addresses of 10 electors. | At least 30 days before the general election. | EL § 8-503(c)(3) |
| Monday, October 08, 2012 | | Columbus Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Tuesday, October 16, 2012 | 9:00 pm | Close of Registration | Deadline to register to vote for the general election. | 21st day preceding the election. | EL § 3-302(a) |

Primary Election - April 3, 2012
General Election - November 6, 2012

**2012 Presidential Election Calendar**
Updated: 8/22/2011

Maryland State Board of Elections
151 West Street - PO Box 6486
Annapolis, MD 21401-0486

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority [3] |
|------|------|------------|-------------|-------------|----------------|
| Tuesday, October 16, 2012 | 9:00 pm | Polling Place Reassignment | Deadline for elderly voters or voters with disabilities to submit a request to the local boards for reassignment to an accessible polling place. | No later than the close of registration before any election. | EL § 10-102(b)(1) |
| Tuesday, October 16, 2012 | COB | Voter Registration Lists | Deadline for a registered voter to request a voter registration list. (New requests will not be taken until registration reopens.) | On or before the registration deadline. | COMAR 33.03.02.05B |
| Monday, October 22, 2012 | | Logic and Accuracy Testing - Early Voting | Deadline for the local boards to complete logic and accuracy testing of the voting units being used for early voting. (Note: A public demonstration of the test must be conducted before any voting units are delivered to an early voting center.) | At least 14 days before an election. | COMAR 33.10.02.14,16 |
| Friday, October 26, 2012 | COB | Voter Registration Lists | Deadline for SBE and the local boards to prepare a voter registration list that includes registrants through the registration deadline. | Within 10 days after the voter registration deadline. | COMAR 33.03.02.05C(2) |
| Friday, October 26, 2012 | 11:59 pm | Campaign Finance Report | Deadline for the pre-general election campaign finance report for Presidential-designated political committees. | 2nd Friday immediately preceding an election. | EL § 13-309(a)(2) |
| Friday, October 26, 2012 | 11:59 pm | Affidavit of Contributions and Expenditures | Deadline for Presidential-designated political committees receiving and spending campaign funds of $999.99 or less in a reporting period to file an affidavit. | On or before the deadline to file the first pre-primary election campaign finance report. | EL § 13-305 |
| Friday, October 26, 2012 | COB | Logic and Accuracy Testing - Election Day | Deadline for the local boards to complete logic and accuracy testing of the election management system and voting units being used for election day voting and absentee and provisional voting. (Note: A public demonstration of the test must be conducted before any voting units are delivered to an early voting center.) | At least 10 days before an election. | COMAR 33.10.02.14, 16 COMAR 33.10.11.14, 16 |
| Saturday, October 27, 2012 | 10:00 am to 8:00 pm | Early Voting Begins | Early voting for the general election begins. On Sunday, October 28th, early voting centers are open from 12:00 pm to 6:00 pm. | 2nd Saturday before an election through the Thursday before an election. | EL § 10-301.1 |
| Monday, October 29, 2012 | COB | Judicial Review of any Ballot Printing Errors | Deadline for registered voter to seek judicial review if an error is discovered after the ballots have been printed and the local board fails to correct the error. | Not later than the 2nd Monday preceding an election. | EL § 9-209(c) |
| Monday, October 29, 2012 | | Notice of Election | Deadline for the local boards to provide notice of the general election. | At least one week before an election. | EL § 8-102 |
| Tuesday, October 30, 2012 | 8 pm (mail) or 11:59 pm (fax/email) | Absentee Ballot Application Deadline | Deadline to request an absentee ballot by mail, fax, or email. | Tuesday before an election. | EL § 9-305(b); COMAR 33.11.02.02D |
| Wednesday, October 31, 2012 | | Late Absentee Ballot Application | Beginning of period to request absentee ballot using the late absentee ballot application. | Starting Wednesday before the election through 8:00 pm on election day. | EL § 9-305(c); COMAR 33.11.02.04A |

| Primary Election - April 3, 2012 | 2012 Presidential Election Calendar | Maryland State Board of Elections |
|---|---|---|
| General Election - November 6, 2012 | Updated: 8/22/2011 | 151 West Street - PO Box 6486 |
| | | Annapolis, MD 21401-0486 |

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority[3] |
|---|---|---|---|---|---|
| Wednesday, October 31, 2012 | 5:00 pm | Write-In Candidate | Deadline for write-in candidates to file a *Certificate of Candidacy*. Only filed write-in candidates will have their votes reported on the official canvass. | Wednesday preceding the election or within 7 days after expenditure of $51 to promote candidacy. | EL § 5-303(c) |
| Thursday, November 01, 2012 | 10:00 am to 8:00 pm | Early Voting Ends | Early voting for the general election ends. | 2nd Saturday before an election through the Thursday before an election. | EL § 10-301.1 |
| Tuesday, November 06, 2012 | 7:00 am to 8:00 pm | General Election | Presidential General Election Day. | Tuesday after the first Monday in November. | MD Const. Art. XV, § 7, EL § 8-301 |
| Tuesday, November 06, 2012 | 8:00 pm | Extended Voter Registration Deadline | Extended deadline for receipt of voter registration applications sent by mail for voting in the general election. | An application received by mail after the close of registration is timely if it is properly postmarked. | EL § 3-302(c); COMAR 33.05.04.01C, D |
| Tuesday, November 06, 2012 | 8:00 pm | Absentee Ballot Deadline | Deadline for the local boards to receive an absentee ballot. | An absentee ballot is timely received if it is received by the local board by 8:00 pm on election day. | COMAR 33.11.03.08B(1) |
| Thursday, November 08, 2012 | 10:00 am | Absentee Ballot Canvass 1 | Local boards of canvassers are required to begin the 1st canvass of absentee ballots. | 10:00 am on the Thursday after an election. | COMAR 33.11.04.03A(1) |
| Monday, November 12, 2012 | | Veteran's Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Wednesday, November 14, 2012 | 10:00 am | Provisional Ballot Canvass | Local boards of canvassers are required to begin the canvass of provisional ballots. | 10:00 am on the 2nd Wednesday after an election. | COMAR 33.16.05.02A |
| Friday, November 16, 2012 | 10:00 am | Extended Absentee Ballot Deadline | Deadline for the local boards to receive absentee ballots by mail. | 10:00 am on the 2nd Friday following an election provided there is a proper postmark or date on the voter oath. | COMAR 33.11.03.08B(2) |
| Friday, November 16, 2012 | 10:00 am | Absentee Ballot Canvass 2 | Local boards of canvassers are required to begin the 2nd canvass of absentee ballots. | 10:00 am on the 2nd Friday after an election. | COMAR 33.11.04.03A(2) |
| Friday, November 16, 2012 | | Post-Election Audit | Deadline for the local boards to conduct the post-election audit for 10% of precincts. | Before certifying the results of an election. | COMAR 33.10.02.38 COMAR 33.10.11.38 |
| Friday, November 16, 2012 | | Verification of Vote Count | Deadline for the local boards of canvassers to verify the general election vote count. | Within 10 days after an election and before certifying results of an election. | EL § 11-308(a) |
| Friday, November 16, 2012 | | Certification of the Election | Deadline for the local boards of canvassers to certify the results of the general election. | After the verification of the vote count is completed. | EL § 11-308(b) |
| Friday, November 16, 2012 | | Transmittal of Results | Local boards of canvassers must transmit certified copies of election results to the Governor, SBE and the appropriate Clerk of the Circuit Court. | 2nd Friday after an election or if canvass is completed afterward, within 48 hours after completing the canvass. | EL § 11-401(c) |
| Monday, November 19, 2012 | | Voter Registration Reopens | Voter registration reopens. | 11th day after an election. | EL § 3-302(a) |
| Wednesday, November 21, 2012 | | Service Reduction Day | SBE and most local boards will be closed. | Wednesday before Thanksgiving. | Executive Order 01.01.2011.08 |
| Thursday, November 22, 2012 | | Thanksgiving | State holiday. | | State Personnel & Pensions Art., § 9-201 |

Primary Election - April 3, 2012
General Election - November 6, 2012

**2012 Presidential Election Calendar**
Updated: 8/22/2011

Maryland State Board of Elections
151 West Street - PO Box 6486
Annapolis, MD 21401-0486

| Date | Time [1,2] | Event Name | Description | Computation | Legal Authority [3] |
|---|---|---|---|---|---|
| Friday, November 23, 2012 | | American Indian Heritage Day | State holiday. | | State Personnel & Pensions Art., § 9-201 |
| Tuesday, November 27, 2012 | 11:59 pm | Campaign Finance Report Due | Deadline to file post-general election campaign finance report for Presidential-designated political committees. | On or before the 3rd Tuesday after an general election. | EL § 13-309(a)(4) |
| Tuesday, November 27, 2012 | 11:59 pm | Affidavit of Contributions and Expenditures | Deadline for Presidential-designated political committees receiving and spending campaign funds of $999.99 or less in a reporting period to file an affidavit. | On or before the deadline for post-general election campaign finance report. | EL § 13-305 |
| Tuesday, December 11, 2012 | COB | Statewide Certification of Results | Deadline for the State Board of Canvassers to convene to certify election results. | Within 35 days after a general election. | EL § 11-503(a)(1)(ii) |
| Friday, December 14, 2012 | COB | Petition for Recount | Deadline to file a petition for a recount of the votes cast for an office or question on the ballot. | Within 3 days after the results of the election have been certified. | EL § 12-101(d) |
| Monday, December 17, 2012 | | Meeting of the Presidential Electors | Official casting of votes by members of the Electoral College. | 1st Monday after the 2nd Wednesday in December. | 3 U.S.C. § 7 |

# ATTACHMENT B

# Redistricting Phase I
## Pre- Redistricting \ Street Maintenance Preparation and Analysis



Run AL-001 from MDVOTERS Reports & Labels to Mark Up

Compare Against Black Law Book, Census Maps, ADC, GIS , Google, MapQuest

- Check block numbers of ranges with multiple segments on map but not in MDVOTERS
- Check block numbers of ranges with multiple segments on map  in MDVOTERS

**Perform Accuracy Checks**

- Make site visits
- Proof

**Make Changes in MDVOTERS based on marked up AL-001**

- Using Street File or
- GIS Interface

Proceed to page 2

# Redistricting Phase I
## Working in MDVOTERS – Street Files
## Preparation and Analysis

### Street File Cleanup



**Cleanup Street Segments/Address Ranges**
in
MDVOTERS Street Files

**Perform Street Segment Maintenance**
- Cleanup street names
- Assign Aliases for numeric street names
- Review Pre, Post directions
- Mark Commercial Addresses as unusable

**Review and Verify Non-Standard Addresses**
- Convert to Standard where possible

Proceed to
page 3

# Redistricting Phase I
## Pre- Redistricting \ Street Maintenance
## Preparation and Analysis



Run AL-001 from
MDVOTERS
to Mark Up

**Maps**
Get Large Reproductions
of
Census maps ready to mark up

**Get Additional Maps for Comparison**

- GIS
- Census
- Tiger
- ADC

**Determine New Districts**
(in this case Congressional),
and Verify Accuracy in MDVOTERS

Proceed to page
3

# Redistricting Phase I
## Pre- Redistricting \ Street Maintenance Preparation and Analysis

**Analysis**
Determine Which Precincts
are Being Split by New Lines

**Precinct Design**
- Design New Precincts Based on All Districts to be Assigned to All Splits in the New Precinct
- Create Legal Descriptions

**Split Design**
- Design the New Splits needed for Each Existing Precinct
- Design the New Splits needed for Each New Precinct

Proceed to page 5

# Redistricting Phase I
## Working in MDVOTERS
## Districts, Precincts and Splits



**Existing Precincts**
Add, Change or Remove
Splits as Required
for Each Affected Precinct
Based on Congressional District Changes

**New Precincts**
Add Splits as Required
For Each New Precinct
Based on Congressional District Changes

**Precincts No Longer Needed**
Remove/Replace/Combine
Each Precinct no longer needed

**Decision:**
**Method for Redistricting Streets**
- Select GIS Interface or
- Select MDVOTERS Street Files

Proceed to
GIS: page 7

Proceed to
Street Files
Page:6

# Redistricting Phase I
## Working in MDVOTERS – Street Files
## Splits and Street Maintenance
## Assign Streets to Precincts/Splits Using Street Files

**Perform Street Segment Maintenance**
Ensure that all Street Assignments are to the Correct Districts in the Appropriate Precinct/Split Combination

- Split Street Segments
- Merge Street Segments
- Add New Streets

**Review and Assign**
All Street Segments to
Correct Precinct/Spit Combinations
Using MDVOTERS Street Files Module

**Proof**

- Constantly Proof
- Continue to Review and Assign until all street segments are correct

After Proofing Complete, Proceed to EMS Updates: page 13

# Redistricting Phase I
## Working in MDVOTERS – GIS Interface
## Splits and Street Maintenance



**Assign Streets**
to
Precincts/Splits Using the GIS Interface

**Export**
Use the GIS Interface
to create an export of street files
(File Name: StreetFiles_mmddyyyy_tttt.csv)

**Make Copy of Exported Street File (Excel)**

- Copy StreetFiles_mmddyyyy_tttt.csv to a new file named NEWStreetFiles.csv with Excel
- Important: Follow Special Instructions for Opening File First time

Proceed to page 8

# Redistricting Phase I
## Working in MDVOTERS – GIS Interface
## Splits and Street Maintenance

**Edit the Exported Street File Copy**
**(File name: NEWStreetFiles.csv with Excel)**
- Make needed edits
- Save frequently
- Take Time and Proof often

**Proof**
Proof NEWStreetFiles.csv
Use the original files as a reference
(File Name: StreetFiles_mmddyyyy_tttt.csv)

**Edits Completed after Proofing**

**Save**
NEWStreetFiles as a CSV file type
(Use; Save As->Other Formats)

Proceed to page 9

# Redistricting Phase I
## Working in MDVOTERS – GIS Interface
## Splits and Street Maintenance

**Import New Street File**

- Schedule After Hours import with SBE
- Use NEWStreetFiles.csv for Import (latest version)

**Show Results and Report**
From GIS Main Screen: Show District/Splits
- Review Districts tab
- Review Splits tab
- Review Split Districts tab

**Show Results and Report**
From GIS Main Screen: Show Street Records
- Review Street record



Proceed to page 10

# Redistricting Phase I
## Working in MDVOTERS – GIS Interface
## Splits and Street Maintenance

**Show Results and Report**
From GIS Main Screen: Show Overlapping Street Records

- Review for any Overlapping Streets
- Stop and correct import file if any overlapping
  records display
  and begin Import steps over again

**Show Results and Report**
From GIS Main Screen: Show Street Files Exceptions

- Review for any Stranded Voters
- Resolve Stranded Voters or
- Stop and correct import file if needed
  and begin Import steps over again

**Show Results and Report**
From GIS Main Screen:  Show City/Zip Exceptions

- Review for City/Zip Exceptions
- Stop and correct import file if any City/Zip
  Exceptions  display and begin Import steps over
  again

Proceed to
page 11

# Redistricting Phase I
## Working in MDVOTERS – GIS Interface
## Splits and Street Maintenance

**Non-Standard Address Maintenance**
From GIS Main Screen: Non-Standard Address Maintenance

- Review Non-Standard Addresses
- Stop and correct import file if any overlapping
  Change any Non-Standard Addresses to Standard
  Addresses as needed using Replace

**Resolve Stranded Voters**
From GIS Main Screen: Resolve Stranded Voters
3 Step Process

- Resolve Stranded Voters process
- View Report shows results from the Resolve
  Stranded Worker process
- Voters with Address Change proces – Reject any
  inappropriate changes

**Commit**
From GIS Main Screen: Commit All

- Schedule After Hours Commit ALL with SBE
- Select VNCs Activity Log Comments (optional)
- This process removes data from the GIS Interface &
  sends to MDVOTERS Street Files and District &
  Precincts
- Additional exceptions or overlaps will cause process to
  stop & require resolution before proceeding

Proceed to
page 12

# Redistricting Phase I
## Working in MDVOTERS – GIS Interface
## Splits and Street Maintenance

**After Commit All**
Resolve Any Additional Stranded Voters

- Identify stranded voters using Report of Stranded Voters or
- Voter Search for Non-Standard addresses
- Correct each record manually in Voter Registration by clearing the residential address and entering valid address

Proceed to
EMS Updates:
page 13

# Redistricting Phase I
## Working in MDVOTERS – GIS Interface
## Splits and Street Maintenance

**EMS Updates**
Electrack: Ballot Access tab

- Generate Report 0 – All Polling Places
- Write changes on Report 0 and fax to Natasha Walker (410-974-2019)
- Contact Natasha at nwalker@elections.state.md.us or 410-269-2858 if changes are too many to fax

# ATTACHMENT C

Redistricting Tasks for Local Boards of Elections (LBE)

The Statewide Voter Registration System (MDVOTERS) contains a database of all streets and street numbers for a county and each is then associated with a set of district numbers and a precinct:

123 Main Street

| | |
|---|---|
| Congressional District | 01 |
| Legislative District | 20 |
| Council District | 05 |
| Judicial Circuit | 03 |
| Board of Education Dist. | 05 |
| Election District | 30 |
| Precinct | 10 |

Prior to receipt of redistricting plan: (estimate work to be a minimum of 2 or 3 weeks for small LBE's and up to several months for large LBE's)

- Review all street files
  - o Work with local Planning and Zoning and GIS Departments to ensure all current streets are in database.
  - o Obtain and review all maps available
  - o Perform clean up of street files
  - o Drive areas to verify streets and number ranges

Upon receipt of redistricting plan(s) (dependent on level of change to a particular county, estimate is approximately 2 weeks of work at a minimum)

- Review/analyze redistricting plan(s) – Congressional and local level plans for Board of Education and/or Council districts
- Draw new lines on maps
- Drive areas to verify new lines
- Determine how each new boundary lines intersect
- Determine impact of new lines to existing precinct lines, which ones will need to be split or if any can be combined.

- Determine if new, changed or combined polling places are required.

Data Entry (dependent on level of change to a particular county, estimate approximately 2 to 3 weeks of work)

- Create new precincts in database
- Determine number of voters assigned to each new or changed precinct
- Change street file database to reflex new districts and precincts
- Proof data

Ongoing tasks during and after data entry

- Locate buildings meeting polling place criteria (availability, accessible for disabled voters, will accommodate number of voters and voting equipment needs) (Availability requires pre and post election delivery, set up and pick up)  Prepare polling place contracts.
- Continuously work with Planning and Zoning and GIS Departments to verify data and produce/obtain new maps
- Prepare legal descriptions of new precincts
- Prepare and send voter notification cards for all affected voters
- Review election judge database, determine if judges need to be reassigned or recruit additional judges as necessary
- Review voting system and poll book equipment and determine if there is a need to reallocate or purchase new equipment in light of additional precincts
- Review state election management system polling place and district database to ensure ballot preparation is correct for all new district assignments.
- Evaluate polling place supplies to determine if additional material is required

Review all currently filed candidates to determine if they remain in the district for which they already filed or if they must be notified that they now are in a new district.  If they are in a new district, they are can be changed to new district or could withdraw from contest. (State Board and local board requirement)

# ATTACHMENT D

Legal Description/Boundaries of Precincts

COMAR 33.15.01.01 requires each local board to prepare or arrange for the preparation of precinct descriptions. Each description must delineate the boundaries clearly, concisely, and be easily understandable for the public.

Sample description for **Precinct 1-4, Howard County** that meets the requirements of COMAR 33.15.01.01

The boundaries of this precinct are the centers of the named roads or tributaries. This precinct requires an imaginary line from the end of Autumn Field Court to Rockburn Branch, a tributary of Patapsco River.

Starting at the intersection of Montgomery and Bonnie Branch Road, go northeast on Bonnie Branch Road until it intersects with Beechwood Road. Head southeast on Beechwood Road. When Beechwood Road intersects with Ilchester Road, go southwest on Ilchester Road until it intersects with Landing Road. Follow Landing Road in a southeasterly direction. When Landing Road crosses Rockburn Branch, follow Rockburn Branch in a southwesterly direction. Follow the imaginary line from Rockburn Branch in a northwesterly direction to Autumn Field Court, and follow Autumn Field Court until it intersects with James Avenue. Head west on James Avenue until it intersects with Kerger Road. Head west on Kerger Road. At the intersection of Montgomery Road, head north on Montgomery Road until it intersects with Bonnie Branch Road.

***This is known and designated as Precinct 04 in Election District 01 of Howard County.***

# ATTACHMENT E

**Statewide Voter Registration System December 2011 Upgrade
(MDVOTERS)**

New Projects

- Motor Vehicle Administration (MVA) Interface – scheduled to implement February 2012 and dependent on December upgrade.
  Will provided electronic transmission of new and updated voter registration data from MVA to MDVOTERS.  Eliminates paper copies of forms and the loss of data currently experienced with manual process.  General Assembly requested.

- Online Voter Registration (OLVR) – Required by Chapter 292 of 2011 Session of the General Assembly.  Scheduled to implement July, 2012 and dependent on December upgrade.  Allows voters to register and update voter registration data online.

New functionality in December upgrade:

- Upgrade to 64-bit processing which improves performance and stability
- Upgrade Reports writer from version 1.0 to 6.0
- Upgrade scanning software to allow it to work with current versions of Windows
- Critical improvements to various functions/features of system including:
  o Conducting presidential primary election
  o Election judge management
  o Legislative redistricting process
  o Eliminates "work-arounds" that are currently required

Schedule for moving to a 64-bit system and installation of new software

Requires migrating the hardware and operating systems from the current 32-bit operating system and must be done in phases:
- December 10-11, 2011 - migration of Active Directory servers. The Active Directory servers are the foundation to the server sites.  Extensive testing will be performed before the next phase of migration.
- December 17-18, 2011 - migration of Web Interface servers. The Web Interface servers allow the users to access the voter registration system.  Extensive testing will be performed before the next phase of migration.
- December 23 2011 thru January 1, 2012 - migration of Citrix application servers which is where the new software lies. Extensive testing will be performed before the migration is deemed successful.  SBE will then perform a final test before allowing users to access the new system.

This upgrade and scheduled downtime has been in the planning for approximately 1 year and was selected to reduce impact to all users - 3 business days rather than the typical 5 to10.  Failure to adhere to this schedule will jeopardize implementation of new projects, ability to have new functionality in system and generally the conduct of the upcoming presidential elections.

All aspects of upgrade will undergo extensive testing and will require training for users.