# Governor O'Malley Receives Proposed Congressional Redistricting Map

## October 4th, 2011

*Announces Start of Special Session on October 17th 2011*

**ANNAPOLIS, MD (October 4, 2011) –** Governor Martin O'Malley today issued the following statement on the release of the proposed map by the Governor's Redistricting Advisory Committee:

*"I'd like to thank the members of the Governor's Redistricting Advisory Committee for their hard work and diligence over the last several months in helping ensure an open and fair process that included citizens from every corner of the state.  The Committee held numerous public hearings, listening to hours of testimony and reviewing submitted suggestions.*

*"The Committee's map will now be posted online for seven days to allow for public review and comment.  I have been fully briefed and it is my intention to introduce a map that is substantially similar to the map submitted by the Committee.  I encourage the members of the General Assembly and the public to prepare their comments based on the map that has been submitted in preparation for the start of Special Session on October 17th."*

Share this:

Tags: congress, maps, redistricting

## Comments Closed

**Return to main discussion page**

« **Governor O'Malley To Lead Trade Mission to India**
**Making Government Work for Our Families** »



## Live Streaming Video

- Board of Public Works:
  in 4 days, 20 hours, 54 minutes