| Martin O'Malley<br>Governor | **MDP**<br>Maryland Department of Planning | Richard Eberhart Hall, AICP<br>Secretary |
|---|---|---|
| Anthony G. Brown<br>Lt. Governor | | Matthew J. Power<br>Deputy Secretary |

**Press Release**

FOR IMMEDIATE RELEASE
Contact: Andrew Ratner, 410-767-4544
Cell (410) 340-7230

## Advisory Committee Submits Proposed Congressional Redistricting Plan to Governor, Releases Map

**ANNAPOLIS, MD (Tuesday, October 4, 2011)-** Today, the Governor's Redistricting Advisory Committee (GRAC) submitted its recommended Congressional redistricting map to Governor Martin O'Malley, and released the recommended map to the public. "The map we are submitting today conforms with State and federal law and incorporates the 331 comments we received from the public during our 12 regional hearings around the State," said Secretary Jeanne Hitchcock, Chair of the Advisory Committee. "We have developed a plan that reflects the population shifts, demographics, and strengths of our State."

Under the proposed plan, which builds off of the existing districts created in 2002, more than 70% of Marylanders will remain in their current Congressional district. At the same time, the recommended map restructures the Congressional districts to reflect population changes over the past decade reflected in the Census. Also, in contrast to the common practice in other States, the proposed map does not draw any incumbent Congressman out of his or her district. Each district conforms to the ideal Congressional district adjusted population of 721,529 residents.

Governor O'Malley formed the GRAC on July 4, 2011 for the purpose of holding 12 public hearings, receiving public comment and drafting a recommended plan for the State's legislative and congressional redistricting. The Governor will consider the proposed congressional plan and will introduce his own plan to the Maryland General Assembly during its special session beginning on October 17, 2011. The plan is open for public comment through October 11, 2011. Comments may be sent by email (Redistricting2011@mdp.state.md.us), via hard-copy (Redistricting 2011; Maryland Department of Planning; 11th Floor; 301 W. Preston St,; Baltimore, MD 21201;    ATTN:    Linda    Janey)    or    submitted    on-line (http://planning.maryland.gov/Redistricting/2010/publicCommentsCongDraft.shtml).

Click here for more...

# # #



Exhibit 11