# Statement from Governor Martin O'Malley on the Release of the Proposed Congressional Redistricting Map

## October 15th, 2011

**ANNAPOLIS, MD (October 15, 2011) –** Governor Martin O'Malley today issued the following statement on the release of the proposed Congressional redistricting map:

*"After serious consideration and a review of all input from citizens across the State and discussions with members of our Congressional delegation and the General Assembly, I will be submitting a proposed map, substantially similar to the map developed by the Governor's Redistricting Advisory Committee, for consideration during the start of Special Session on Monday.*

*"I'd like to thank the Committee for their hard work throughout this process, as well as the citizens who have submitted their comments and suggestions and all of the members of the General Assembly. I am looking forward to working with our legislature next week as we ensure that every citizen is fairly and accurately represented."*

As the Governor indicated on October 3, the map that will be introduced Monday, October 17 is substantially similar to the map recommended by the Governor's Redistricting Advisory Committee (GRAC). Minor changes involving the unification of communities, the retention of federal facilities, and marginally adjusting the percentage of people retained in certain districts were made to the Governor's map.

To view the Governor's map, [visit the Maryland Department of Planning's web site.](#)

**Share this:**

Tags: [congress](#), [redistricting](#), [special session](#)

## Comments Closed

[**Return to main discussion page**](#)

« [**An End to Domestic Violence Take the Pledge**](#) »

