# Legislative Black Caucus of Maryland Congressional Redistricting Plans

The census data released on February 9, 2011, revealed that Maryland's Black population rose by 15.1% to over 1.7 million; and that nearly one-third of the State's total population is Black. Maryland's Hispanic population also rose to 8.2%, the Asian population rose to 5.5%, giving Maryland a total minority population of 45%. These changes in the State's demographics must be taken into account when new Congressional and State Legislative Districts are adopted, in order to ensure fair and diverse opportunities for all of the State's citizens. To achieve these goals, the Legislative Black Caucus of Maryland is working in conjunction with the Maryland State NAACP, the Fannie Lou Hammer Political Action Committee, the ACLU, the Young Democrats of Maryland's Minority Caucus, Latino and Asian advocacy groups, and other political and human rights organizations.

## Goals and Principles for Maryland's Congressional Redistricting

The following goals and principles should guide the adoption of new Congressional district boundaries:

- Achieve population equality between districts using adjusted 2010 Census data;

- Maintain the existing opportunity for Black voters to elect candidates of their choice in current District 7, centered in the City of Baltimore. The revised District 7 should include a greater share of the City of Baltimore and a smaller share of Howard County than does the existing district;

- Maintain the existing opportunity for Black voters to elect candidates of their choice in current District 4, centered in Prince George's County. District 4 does not need to extend north through central Montgomery County as it presently does;

- Maintain District 5 as one in which the ongoing growth of the Black population in Southern Prince George's County and Charles County will be fairly recognized over the course of the coming decade;

- Unify Prince George's County into Districts 4 and 5. We oppose bringing any additional Congressional districts into Prince George's County, in particular districts that are based on the Eastern Shore or the Baltimore area;

- Recognize the growing the Latino and Asian communities in Montgomery and Prince George's Counties; and

- Maintain traditional district configurations when feasible.

Exhibit 14

**Proposed Maryland Congressional Redistricting**

The Legislative Black Caucus of Maryland has submitted two alternative Congressional redistricting plans. Both plans:

● Retain black voting age population majorities in Districts 4 and District 7, while making both districts more compact;

● Focus the vast majority of District 4 in Prince George's County and place District 8 entirely in Montgomery County. District 6 moves into the more rural portions of Northern Montgomery County.

● Preserve the substantial minority presence in District 5 and position it to recognize anticipated minority growth in the coming decade. Black voters already are estimated to comprise a majority of Democratic registered voters in the district and that electoral opportunity must be preserved and improved.

The two plans differ in their configuration of District 7 and adjacent districts:

● Plan A focuses District 7 primarily in Baltimore City, and substantially changes the alignments of Districts 2 and 3;

● Plan B focuses District 7 more heavily in Baltimore City than in the existing plan, but retains more of the existing alignments of Districts 2 and 3;

**Legislative Black Caucus of Maryland Congressional Redistricting Plan Population Data**

| Plan | District | Adjusted Total Population | Deviation | Dev. % | Adjusted Voting Age Population | Adjusted Voting Age Black Alone % | Adjusted Voting Age Black (All) % | Adjusted Voting Age Asian (All) % | Adjusted Voting Age White % |
|---|---|---|---|---|---|---|---|---|---|
| LBC MD Plan A | 1 | 721,529 | - | 0.00% | 555,992 | 11.0% | 11.3% | 1.9% | 85.0% |
| LBC MD Plan A | 2 | 721,529 | - | 0.00% | 548,220 | 19.5% | 20.2% | 6.2% | 71.1% |
| LBC MD Plan A | 3 | 721,529 | - | 0.00% | 554,231 | 23.9% | 24.9% | 7.9% | 64.2% |
| LBC MD Plan A | 4 | 721,529 | - | 0.00% | 551,764 | 58.0% | 59.5% | 6.1% | 23.7% |
| LBC MD Plan A | 5 | 721,528 | (1) | 0.00% | 541,331 | 38.5% | 39.7% | 4.5% | 52.5% |
| LBC MD Plan A | 6 | 721,529 | - | 0.00% | 546,939 | 6.1% | 6.5% | 3.2% | 88.1% |
| LBC MD Plan A | 7 | 721,529 | - | 0.00% | 572,172 | 56.0% | 56.9% | 3.4% | 37.6% |
| LBC MD Plan A | 8 | 721,529 | - | 0.00% | 548,618 | 13.2% | 14.0% | 16.5% | 61.7% |
| LBC MD Plan B | 1 | 721,529 | - | 0.00% | 555,992 | 11.0% | 11.3% | 1.9% | 85.0% |
| LBC MD Plan B | 2 | 721,529 | - | 0.00% | 557,934 | 17.6% | 18.3% | 4.6% | 74.1% |
| LBC MD Plan B | 3 | 721,529 | - | 0.00% | 559,624 | 18.6% | 19.3% | 8.5% | 69.5% |
| LBC MD Plan B | 4 | 721,529 | - | 0.00% | 551,764 | 58.0% | 59.5% | 6.1% | 23.7% |
| LBC MD Plan B | 5 | 721,528 | (1) | 0.00% | 541,331 | 38.5% | 39.7% | 4.5% | 52.5% |
| LBC MD Plan B | 6 | 721,529 | - | 0.00% | 546,939 | 6.1% | 6.5% | 3.2% | 88.1% |
| LBC MD Plan B | 7 | 721,529 | - | 0.00% | 557,065 | 64.2% | 65.4% | 4.3% | 28.5% |
| LBC MD Plan B | 8 | 721,529 | - | 0.00% | 548,618 | 13.2% | 14.0% | 16.5% | 61.7% |
| Current | 1 | 743,067 | 21,538 | 2.99% | 572,931 | 11.0% | 11.4% | 2.4% | 84.5% |
| Current | 2 | 703,824 | (17,705) | -2.45% | 538,131 | 31.3% | 32.2% | 4.2% | 61.0% |
| Current | 3 | 716,808 | (4,721) | -0.65% | 563,890 | 18.6% | 19.4% | 5.9% | 71.3% |
| Current | 4 | 715,671 | (5,858) | -0.81% | 535,640 | 56.3% | 57.7% | 7.8% | 27.0% |
| Current | 5 | 768,464 | 46,935 | 6.50% | 582,239 | 36.1% | 37.2% | 5.1% | 53.4% |
| Current | 6 | 731,718 | 10,189 | 1.41% | 556,723 | 5.5% | 6.0% | 2.4% | 89.6% |
| Current | 7 | 664,091 | (57,438) | -7.96% | 510,878 | 55.4% | 56.4% | 7.3% | 34.7% |
| Current | 8 | 728,588 | 7,059 | 0.98% | 558,835 | 16.7% | 17.6% | 14.6% | 57.9% |

**Legislative Black Caucus of Maryland Congressional Redistricting Plan Population Data**

| Plan | District | Unadjusted Voting Age Total | Unadjusted Voting Age NH Black (Alone) % | Unadjusted Voting Age NH Black (DOJ) % | Unadjusted Voting Age NH Asian Alone % | Unadjusted Voting Age NH Asian (DOJ) % | Unadjusted Voting Age NH Hispanic % | Unadjusted Voting Age NH White (Alone) % |
|---|---|---|---|---|---|---|---|---|
| LBC MD Plan A | 1 | 557,175 | 11.0% | 11.2% | 1.6% | 1.8% | 2.9% | 83.3% |
| LBC MD Plan A | 2 | 546,061 | 19.1% | 19.4% | 5.6% | 5.9% | 4.3% | 69.2% |
| LBC MD Plan A | 3 | 557,726 | 24.0% | 24.3% | 7.1% | 7.5% | 5.5% | 61.3% |
| LBC MD Plan A | 4 | 550,318 | 57.0% | 57.4% | 5.4% | 5.7% | 16.7% | 18.7% |
| LBC MD Plan A | 5 | 540,273 | 38.1% | 38.5% | 3.9% | 4.2% | 5.6% | 50.2% |
| LBC MD Plan A | 6 | 554,221 | 6.9% | 7.2% | 2.8% | 3.0% | 4.0% | 85.0% |
| LBC MD Plan A | 7 | 566,578 | 55.2% | 55.5% | 2.9% | 3.2% | 3.6% | 36.5% |
| LBC MD Plan A | 8 | 548,236 | 12.8% | 13.0% | 15.4% | 16.0% | 16.1% | 53.5% |

| Plan | District | Unadjusted Voting Age Total | Unadjusted Voting Age NH Black (Alone) % | Unadjusted Voting Age NH Black (DOJ) % | Unadjusted Voting Age NH Asian Alone % | Unadjusted Voting Age NH Asian (DOJ) % | Unadjusted Voting Age NH Hispanic % | Unadjusted Voting Age NH White (Alone) % |
|---|---|---|---|---|---|---|---|---|
| LBC MD Plan B | 1 | 557,175 | 11.0% | 11.2% | 1.6% | 1.8% | 2.9% | 83.3% |
| LBC MD Plan B | 2 | 555,490 | 17.1% | 17.5% | 4.1% | 4.4% | 5.0% | 71.9% |
| LBC MD Plan B | 3 | 563,293 | 18.7% | 19.0% | 7.7% | 8.1% | 4.9% | 66.7% |
| LBC MD Plan B | 4 | 550,318 | 57.0% | 57.4% | 5.4% | 5.7% | 16.7% | 18.7% |
| LBC MD Plan B | 5 | 540,273 | 38.1% | 38.5% | 3.9% | 4.2% | 5.6% | 50.2% |
| LBC MD Plan B | 6 | 554,221 | 6.9% | 7.2% | 2.8% | 3.0% | 4.0% | 85.0% |
| LBC MD Plan B | 7 | 551,582 | 63.5% | 63.8% | 3.8% | 4.0% | 3.4% | 27.4% |
| LBC MD Plan B | 8 | 548,236 | 12.8% | 13.0% | 15.4% | 16.0% | 16.1% | 53.5% |

| Plan | District | Unadjusted Voting Age Total | Unadjusted Voting Age NH Black (Alone) % | Unadjusted Voting Age NH Black (DOJ) % | Unadjusted Voting Age NH Asian Alone % | Unadjusted Voting Age NH Asian (DOJ) % | Unadjusted Voting Age NH Hispanic % | Unadjusted Voting Age NH White (Alone) % |
|---|---|---|---|---|---|---|---|---|
| Current | 1 | 574,139 | 11.1% | 11.3% | 2.0% | 2.2% | 2.9% | 82.8% |
| Current | 2 | 535,200 | 30.8% | 31.1% | 3.7% | 4.0% | 4.3% | 59.2% |
| Current | 3 | 566,938 | 18.7% | 19.0% | 5.2% | 5.6% | 6.0% | 68.2% |
| Current | 4 | 534,285 | 55.5% | 55.9% | 7.2% | 7.4% | 12.9% | 22.3% |
| Current | 5 | 581,144 | 35.6% | 35.9% | 4.5% | 4.8% | 6.9% | 50.8% |
| Current | 6 | 563,948 | 6.4% | 6.6% | 2.1% | 2.3% | 3.6% | 86.8% |
| Current | 7 | 506,563 | 54.6% | 54.9% | 6.7% | 7.0% | 3.2% | 33.6% |
| Current | 8 | 558,371 | 16.1% | 16.4% | 13.5% | 14.1% | 18.6% | 49.6% |