# Third Party Plans That the Committee Has Received

## Congressional Statewide

**Date Received:** 9/21/2011
**From:** Steve Shapiro
**Type:** Maryland Congressional District Plan, Statewide (Corrected)
**Map:** Map 1   Map 2   Map 3   Map 4
**Other Documents Submitted:** Doc 1   Doc 2   Doc 3

**Date Received:** 9/19/2011
**From:** Matt Proud On behalf of Maryland Republican Party
**Type:** Maryland Congressional District Plan, Statewide
**Map:** Click here

**Date Received:** 9/19/2011
**From:** Howard Gorrell
**Type:** Maryland Congressional District Plan, Statewide
**Map:** Map 1   Map 2
**Other Documents Submitted:** Doc 1   Doc 2   Doc 3

**Date Received:** 9/19/2011
**From:** Timothy Hruz
**Type:** Maryland Congressional District Plan, Statewide
**Map:** Click here
**Other Documents Submitted:** Click here

**Date Received:** 9/19/2011
**From:** Steve Shapiro
**Type:** Maryland Congressional District Plan, Statewide
**Map:** Map 1   Map 2   Map 3   Map 4
**Other Documents Submitted:** Doc 1   Doc 2

**Date Received:** 9/19/2011
**From:** Bob Kengle On behalf of Legislative Black Caucus
**Type:** Maryland Congressional District Plan, Statewide
**Map:** Map 1   Map 2
**Other Documents Submitted:** Doc 1   Doc 2

**Date Received:** 8/31/2011
**From:** Marion Stefan
**Type:** Maryland Congressional District Plan, Statewide
**Map and Document:** Click here
**Other Documents Submitted:** Click here

**Date Received:** 7/22/2011 & 7/27/2011
**From:** Fannie Lou Hamer PAC
**Type:** Maryland Congressional District Plan, Statewide
**Map:** Click here
**Other Documents Submitted:** Doc 1(7/22)  Doc 2(7/27)

**Date Received:** 7/21/2011
**From:** Maryland Republican Party - Matthew D. Proud
**Type:** Maryland Congressional District Plan, Statewide
**Map:** Click here

# Legislative Statewide

**Date Received:** 10/31/2011
**From:** Delegate Anthony J. O'Donnell
**Type:** Maryland Legislative District Plan, Statewide
**Map:** Click here

**Date Received:** 9/26/2011
**From:** Marion Stefan
**Type:** Maryland Legislative District Plan, Statewide
**Map:** Click here
**Other Documents Submitted:** Doc 1   Doc 2

**Date Received:** 8/31/2011
**From:** Mike Lettre
**Type:** Maryland Legislative District Plan, Statewide
**Document and Map:** Click here

**Date Received:** 8/15/2011
**From:** Fannie Lou Hamer PAC
**Type:** Maryland Legislative District Plan, State Senate
**Document and Map:** Click here

**Date Received:** 8/15/2011
**From:** Fannie Lou Hamer PAC
**Type:** Maryland Legislative District Plan, House of Delegates
**Document and Map:** Click here

**Date Received:** 8/11/2011
**From:** Mike Lettre
**Type:** Maryland Legislative District Plan, Statewide
**Map:** Click here
**Other Documents Submitted:** Click here

# Legislative Regional Plan

**Date Received:** 10/31/2011
**From:** Steven Cummings and David Eubanks
**Type:** Maryland Legislative Regional District Plan, Baltimore County and Baltimore City Crossings

**Map:** Click here
**Other Documents Submitted:** Click here

---

**Date Received:** 8/10/2011
**From:** Ana Sol Gutierrez
**Type:** Maryland Legislative Regional District Plan, Montgomery and Prince George's counties
**Map:** Click here
**Other Documents Submitted:** Click here

**Date Received:** 7/23/2011
**From:** State Senator Christopher Shank
**Type:** Maryland Legislative District Plan, Western Maryland
**Map:** Click here
**Other Documents Submitted:** Click here

## Legislative County Plan

**Date Received:** 9/12/2011
**From:** On behalf of Delegate Donald Elliott, Delegate Nancy Stocksdale and Delegate Susan Krebs
**Type:** Maryland Legislative District Plan, Carroll County
**Map:** Click here
**Other Documents Submitted:** Click here

**Date Received:** 8/25/2011
**From:** Thomas J Henry Jr., Baltimore County Republican Central Committee
**Type:** Maryland Legislative District, Baltimore County
**Document and Map:** Click here
**Other Documents Submitted:** Doc 1 Doc 2

---

**Date Received:** 7/25/2011
**From:** Fannie Lou Hamer PAC
**Type:** Maryland Legislative District Plan, Prince George's County
**Map:** Click here
**Other Documents Submitted:** Click here

**Date Received:** 7/23/2011
**From:** Senator Joe Getty
**Type:** Maryland Legislative District Plan, Carroll County
**Document and Map:** Click here

## Legislative County District Plan

**Date Received:** 10/03/2011
**From:** John M Davis
**Type:** Maryland Legislative District 1 Plan, Western Maryland
**Map:** Click here

---

**Date Received:** 9/12/2011  
**From:** Delegate Susan McComas  
**Type:** Maryland Legislative District 35B Plan, Harford County  
**Map:** Click here  
**Other Documents Submitted:** Click here

**Date Received:** 9/10/2011  
**From:** Delegate Michael D. Smigiel, Sr.  
**Type:** Maryland Legislative District 36 Plan  
**Map:** Click here

**Date Received:** 8/30/2011  
**From:** Kenneth A. Stevens  
**Type:** Maryland Legislative District Plan, Howard County  
**Map and Document:** Click here

**Date Received:** 8/29/2011  
**From:** Christian Cavey  
**Type:** Maryland Legislative District 7A, 7B Plan, Baltimore, Harford Counties  
**Map:** Click here  
**Other Documents Submitted:** Click here

**Date Received:** 8/27/2011  
**From:** F Harrison, New Harford Democratic Club  
**Type:** Maryland Legislative District 34 Plan, Harford County  
**Map:** Click here  
**Other Documents Submitted:** Click here

**Date Received:** 8/25/2011  
**From:** Arthur H. Helton  
**Type:** Maryland Legislative District 34 Plan, Harford County  
**Map:** Click here  
**Other Documents Submitted:** Click here

**Date Received:** 8/12/2011  
**From:** 41 District Delegation  
**Type:** Maryland Legislative District Plan, District 41, Baltimore City  
**Map:** Click here

**Date Received:** 7/25/2011  
**From:** Delegate Marvin E. Holmes  
**Type:** Maryland Legislative District Plan, District 23B, Prince George's County  
**Map:** Click here

This page was last updated: 2011-11-09

Contact the Office  |  Accessibility  |  Privacy Notice  |  Web Site Feedback  |  Terms of Use

WEBMASTER@MDP.STATE.MD.US - 301 West Preston Street, Suite 1101, Baltimore, MD 21201 - (410) 767-4500