

**U.S. Department of Justice**

Federal Bureau of Prisons

RECEIVED

OCT 1 2 2010

*Washington, D.C. 20534*

October 7, 2010

Richard E. Hall
Maryland Department of Planning
301 West Preston Street
Suite 1101
Baltimore, MD 21201

Re:   FOIA Request No. 2010-10833

Dear Mr. Hall:

This is in response to your Freedom of Information Act (FOIA) request, receipted by this office on August 2, 2010, for Federal Bureau of Prisons (BOP) records. Specifically, you request "an electronic database . . . preferably in Microsoft Excel spreadsheet compatible format, containing the following information for all federal inmates housed in Maryland as of April 1 of this year: unique prisoner identifying number, number and street address (of last known residence before incarceration), city, state, and zip code."

The information you have requested is maintained in a Privacy Act protected system of records. After a careful review, we have determined the information must be withheld in its entirety. The release of the requested information could constitute an unwarranted invasion of the individuals' personal privacy. In addition, for security reasons and pursuant to 28 CFR §513.34(b), the BOP does not release a list of inmates. We have determined this information will be withheld pursuant to the following statutory authority:

<u>x</u>    Title 5, United States Code, Section 552(b)(6), exempts personnel and medical files and similar files to preclude a clearly unwarranted invasion of personal privacy surrounding other individuals.

<u>x</u>    Title 5, United States Code, Section 552(b)(7)(C), exempts from disclosure records or information compiled for law enforcement purposes which could constitute an unwarranted invasion of personal privacy surrounding other individuals.

x    Title 5, United States Code, Section 552(b)(7)(F), exempts from disclosure records or information compiled for law enforcement purposes which could endanger the lives or physical safety of an individual.

Exhibit 16

FOIA Request No. 2010-10833
Page 2


You may appeal this decision by writing to the Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.   Both the letter and envelope should be marked "FOIA Appeal."   Your appeal must be received by OIP within 60 days from the date of this letter in order for it to be considered timely.

We trust this has been responsive to your request.   Should you have any further inquiries, you may contact the Federal Bureau of Prisons, 320 First Street N.W., Room 841, HOLC Building, Washington, D.C. 20534, Attn: FOIA/Privacy Act Office.


Sincerely,


Alecia S. Sillah, for
Wanda M. Hunt
Chief, FOIA/PA Section