

U.S. Department of Justice

Office of Information Policy

---

Telephone: (202) 514-3642          Washington, D.C. 20530

MAR 3 1 2011

Mr. Richard Hall
Maryland Department of Planning
Suite 1101                              Re:     Appeal No. AP-2011-00559
301 West Preston Street                         Request No. 2010-10833
Baltimore, MD 21201                             KWC:CDW

Dear Mr. Hall:

    You appealed from the action of the Federal Bureau of Prisons (BOP) on your request for an electronic database of all federal inmates housed in Maryland as of April 1, 2010, identified by their unique prisoner identification number and their last known addresses prior to incarceration.

    After carefully considering your appeal, I am affirming BOP's action on your request. BOP properly withheld this information in its entirety because it is protected from disclosure under the Freedom of Information Act pursuant to:

> 5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties;
>
> 5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties; and
>
> 5 U.S.C. § 552(b)(7)(F), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

    Finally, with regard to your request for the number of Maryland inmates and non-Maryland inmates as of April 1, 2010, please be advised that you may not on appeal expand the scope of your initial request. Accordingly, you must submit a new FOIA request to BOP for the records you now seek.



-2-

If you are dissatisfied with my action on your appeal, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

By: *[signature]*

Anne D. Work
Senior Counsel
Administrative Appeals Staff