STATE OF MARYLAND
DEPARTMENT OF PLANNING


REDISTRICTING COMMITTEE MEETING

PUBLIC HEARING

CONGRESSIONAL REDISTRICTING PLAN

AND

LEGISLATIVE REDISTRICTING PLAN


Prince George's County - Prince George's

Community College

July 25, 2011    7:00 P.M.


REPORTED BY: HUNT REPORTING COMPANY

Exhibit 18

13

1           So we're standing tonight to let you know

2    that we know that this is not the end, but the

3    beginning, and, along with members of the Central

4    Committee, our civic and faith and business

5    communities, we look forward to working with you as we

6    move forward through this process and come up with a

7    plan that meets your goal in terms of numbers and our

8    goal in keeping Prince George's County -- they say the

9    second strongest, but I will say the strongest

10   delegation in the State of Maryland.  So thank you very

11   much for your time.

12           MADAME CHAIRPERSON:   Thank you.  How about

13   Mr. Trevor Otts.

14           MR. OTTS:  Otts.

15           MADAME CHAIRPERSON:   Otts.  Okay.

16           MR. OTTS:  We will be submitting a combined

17   plan.

18           MADAME CHAIRPERSON:   Okay.

19           MR. OTTS:  Again, my name is Trevor Otts and

20   I represent the Fannie Lou Hamer Political Action

21   Committee.

14

1        MADAME CHAIRPERSON:  Okay.

2        MR. OTTS:  All right.  The Fannie Lou Hamer

3  Political Action Committee submits to the 2011

4  Redistricting Advisory Committee the following

5  testimony regarding legal requirements impacting on

6  African American communities in Maryland.  Please note

7  that the Fannie Lou Hamer Political Action Committee is

8  a grass roots organization created solely for the

9  purpose of impacting upon in a positive manner the

10  issue of redistricting in Maryland.

11        The Fannie Lou Hamer Political Action

12  Committee has developed a progressive African American

13  empowering redistricting plan for African American

14  communities in Maryland.  This black political

15  empowerment redistricting plan will be transmitted to

16  the Advisory Committee in GIS maps and demographic data

17  creating African American districts that are a mirror

18  reflection of the African American communities

19  statewide.

20        To accomplish this task, the Fannie Lou Hamer

21  Political Action Committee has partnered with the

FORM CSR - LASER   REPORTERS PAPER & MFG. CO.   800-626-6313

15

1    Southern Coalition for Social Justice and the NAACP's

2    legal defense and education fund.  From their

3    (indiscernible), we submit the following legal

4    arguments to the Governor's Redistricting Advisory

5    Committee.

6         Issue one, <u>Jingles Test in Mobile versus</u>

7    <u>(Indiscernible)</u>.  Issue two, the Judge Bell decision

8    regarding due regard to political subdivisions and/or

9    jurisdictions.  Issue three, equal protection caused by

10   the Fourteenth Amendment of the United States

11   Constitution.  With regards to the Jingles test, we

12   believe the Jingles court decision raised up the

13   following question that must be asked regarding racial

14   gerrymandering or staffing impacting.

15        Question one.  What is the extent or history

16   of discrimination in state and political subdivisions

17   that dilute black voting strengths?  Question two.  To

18   what extent is voting in elections at the congressional

19   or state level regularly polarized?  Question three.

20   Is there a candidate slating process where members of

21   the minority group have been denied access?

16

1       Question four.  To what extent have members

2   of the minority group been elected to congressional or

3   state office?  Question five.  What policy underlines

4   the state or political subdivision you (indiscernible)

5   practice or procedures which are tenuous, vague, or

6   obtuse?  Question six.  Can a minority group

7   demonstrate that it is sufficiently large and

8   geographically compact to constitute a majority in a

9   single member district?

10      The questions we believe must be addressed by

11  the Governor's Redistricting Advisory Committee to

12  evaluate racial gerrymandering in Maryland.  The

13  presentation of just a map, the presentation with just

14  a map, without documentation to support the <u>Jingles</u>

15  <u>Test</u> analysis is incomplete.  The concentration of

16  African Americans in five jurisdictions in Maryland

17  suggests 16 legislative districts and 3 congressional

18  districts that should be majority African American

19  voting districts.

20      We believe the Governor and the Attorney

21  General must present a detailed explanation and

17

1   congressional and state districts do not reflect the 30

2   percent African American communities in Maryland.

3            With regard to the Judge Bell decision, we

4   believe that this opinion is the operating legal

5   standard for the creation of legislative districts in

6   Maryland.  If due regard to political subdivisions

7   and/or jurisdictions is unilateral by the Governor's

8   Redistricting Advisory Committee, the 16 African

9   American legislative districts would have to be created

10  in the following jurisdictions:  Baltimore City,

11  Baltimore County, Montgomery County, Prince George's

12  County, and Charles County.

13           These five jurisdictions have compact and

14  contiguous African American communities that will lead

15  to the creation of 16 legislative districts.  Further,

16  in Anne Arundel County, Howard County, and Eastern

17  Shore, three additional African American single member

18  House of Delegate districts will be created.  The Judge

19  Bell decision, if properly implemented, will lead to

20  legislative districts which will reflect communities of

21  interest.

18

1    With regard to the equal protection clause,

2    now is the time to seriously consider the creation of

3    141 single delegate districts nested in senate delegate

4    legislative districts.  The Fannie Lou Hamer Political

5    Action Committee believes that every legislative

6    district should be spread into an A, B, C House of

7    Delegates pool.  We believe that the State of

8    Maryland's legal requirement for resident delegates for

9    legislative districts containing two or more counties

10   is wrong.

11   The goal of ensuring representation for small

12   towns makes a mockery of the at large delegate district

13   process.  The concept of one person, one vote is a

14   fraud if residents of Southern Maryland who live in

15   District 27B or 29C have only one delegate vote and all

16   the residents who live in Montgomery have three

17   delegate votes.

18          MADAME CHAIRPERSON:  How much longer?

19          MR. OTTS:  I'll wrap it up.

20          MADAME CHAIRPERSON:  Okay.

21          MR. OTTS:  This scenario is also subject to

19

1    the Jingles Test with regards to disparities to

2    communities and the delivery of state funding and/or

3    programs.  Therefore, the Fannie Lou Hamer Political

4    Action Committee requires a detailed explanation and

5    not just a map which presents a single member versus

6    multi member legislative districts.  The Fannie Lou

7    Hamer PAC is prepared to go to federal court to

8    overturn any plan that violates the Fourteenth

9    Amendment, equal protection clause under the U.S.

10   Constitution, which violates one person, one vote.

11        MADAME CHAIRPERSON:  Okay.  Are you leaving

12   that with us?

13        MR. OTTS:  Yes.  It's already been submitted

14   to you.

15        MADAME CHAIRPERSON:  Okay.  Thank you.  Pat

16   Fletcher?

17        MS. FLETCHER:  I'm also with the Fannie Lou

18   Hamer Political Action Committee.  And my testimony

19   will be testimony for legislative redistricting in the

20   State of Maryland, Prince George's County.

21        The Fannie Lou Hamer Political Action