**Appendix A - 2**

**RACE DETAIL and VARIANCE from IDEAL - ADJUSTED 2010 CENSUS POPULATION COUNTS by existing 2002 CONGRESSIONAL DISTRICT**
Senate Bill 805, May 6, 2002
TOTAL POPULATION by SINGLE RACE ALONE, UNADJUSTED HISPANIC ORIGIN, 18+ POPULATION AND VARIANCE from IDEAL DISTRICT POPULATION

**Note:** This report is based on Census 2010 P.L. 94-171 Redistricting Data (Maryland) and is **ADJUSTED** for the use of Maryland Redistricting pursuant to the "No Represenation Without Population Act" (SB 400\HB 496) signed into Maryland law in 2010. Maryland census data **must be ADJUSTED** for the purposes of creating congressional, state legislative, and local districting plans. Generally, the law requires that the census data must be adjusted to reassign Maryland residents in State & Federal correctional institutions to their last known address, and to exclude out-of-state residents in correctional institutions from redistricting.

**Variance from Ideal District Population**

Ideal Congressional District Population 2000: 662,061
Ideal Congressional District UnAdjusted Population 2010: 721,694
**Ideal Congressional District AdJustedPopulation 2010: 721,529**

| Congressional District | 2010 Census Total Population | Adjusted Total Population | Adjusted Person of One Race | Adjusted White Alone | Adjusted Black or African American Alone | Adjusted American Indian and Alaska Native Alone | Adjusted Asian Alone | Adjusted Native Hawaiian and Other Pacific Islander Alone | Adjusted Some Other Race Alone | Adjusted Two or More Races | *Unadjusted Hispanic or Latino (of Any Race) | Adjusted Age 18 and Over Population | Adjusted Variance from Ideal Popn. Deviation | Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maryland | 5,773,552 | 5,772,231 | 5,607,523 | 3,358,916 | 1,699,359 | 20,419 | 318,848 | 3,157 | 206,824 | 164,708 | 470,632 | 4,419,267 | | |
| Congressional District 1 | 744,275 | 743,067 | 728,841 | 616,597 | 85,055 | 1,829 | 15,762 | 349 | 9,249 | 14,226 | 25,756 | 572,931 | 21,538 | 3.0% |
| Congressional District 2 | 700,893 | 703,824 | 683,250 | 403,318 | 237,593 | 2,795 | 25,940 | 457 | 13,147 | 20,574 | 34,981 | 538,131 | -17,705 | -2.5% |
| Congressional District 3 | 719,856 | 716,808 | 696,372 | 491,212 | 143,592 | 2,360 | 37,966 | 533 | 20,709 | 20,436 | 48,832 | 563,890 | -4,721 | -0.7% |
| Congressional District 4 | 714,319 | 715,674 | 692,333 | 183,321 | 405,203 | 2,942 | 49,483 | 369 | 51,015 | 23,341 | 101,103 | 535,642 | -5,855 | -0.8% |
| Congressional District 5 | 767,369 | 768,464 | 743,610 | 392,052 | 286,841 | 3,443 | 32,220 | 451 | 28,603 | 24,854 | 60,279 | 582,239 | 46,935 | 6.5% |
| Congressional District 6 | 738,940 | 731,715 | 716,025 | 644,122 | 42,961 | 1,737 | 16,201 | 292 | 10,712 | 15,690 | 31,237 | 556,721 | 10,186 | 1.4% |
| Congressional District 7 | 659,776 | 664,091 | 647,949 | 218,189 | 374,878 | 1,954 | 44,488 | 246 | 8,194 | 16,142 | 22,951 | 510,878 | -57,438 | -8.0% |
| Congressional District 8 | 728,124 | 728,558 | 699,143 | 410,105 | 123,236 | 3,359 | 96,788 | 460 | 65,195 | 29,445 | 145,493 | 558,835 | 7,059 | 1.0% |

**Note:** The district totals include minor corrections in the assignment of census tabulation blocks to voting districts/precincts. The corrections to the P.L.94-171 U.S. Bureau of the Census
file were made by Maryland Department of Planning and Department of Legislative Services.
The 2010 Population for Congressional and Legislative Districts are derived and based on the assignment of voting district/precincts to districts as provided by Local Board of Elections
and adjusted by the Maryland Departments of Planning, Legislative Services and Public Safety and Correctional Services pursuant to the "No Represenation Without Population Act."

**MDP Report** prepared by the Maryland Department of Planning, Clearinghouse, Redistricting, May 2011.

Exhibit 19