**Commission Approved Congressional Draft Map Population Breakdown**

| District | Population | Deviation from Ideal Population | | Hispanic Population | | Non Hispanic (NH) White | | NH African American | | NH Native American | | NH Asian | | NH Hawaiian | | NH Multi-Race and Other | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % |
| 1 | 710,224 | 0 | 0.0% | 149,300 | 21.0% | 359,742 | 50.7% | 14,994 | 2.1% | 162,218 | 22.8% | 9,475 | 1.3% | 1,615 | 0.2% | 12,880 | 1.8% |
| 2 | 710,224 | 0 | 0.0% | 186,966 | 26.3% | 453,397 | 63.8% | 26,115 | 3.7% | 6,455 | 0.9% | 19,450 | 2.7% | 1,367 | 0.2% | 16,474 | 2.3% |
| 3 | 710,224 | 0 | 0.0% | 428,046 | 60.3% | 209,032 | 29.4% | 27,272 | 3.8% | 22,349 | 3.1% | 12,192 | 1.7% | 789 | 0.1% | 10,544 | 1.5% |
| 4 | 710,225 | 1 | 0.0% | 121,967 | 17.2% | 544,529 | 76.7% | 10,707 | 1.5% | 12,532 | 1.8% | 7,439 | 1.0% | 936 | 0.1% | 12,115 | 1.7% |
| 5 | 710,224 | 0 | 0.0% | 118,859 | 16.7% | 518,727 | 73.0% | 20,352 | 2.9% | 6,043 | 0.9% | 29,798 | 4.2% | 1,419 | 0.2% | 15,026 | 2.1% |
| 6 | 710,224 | 0 | 0.0% | 107,726 | 15.2% | 533,851 | 75.2% | 17,602 | 2.5% | 11,751 | 1.7% | 24,652 | 3.5% | 841 | 0.1% | 13,801 | 1.9% |
| 7 | 710,224 | 0 | 0.0% | 453,613 | 63.9% | 153,564 | 21.6% | 60,503 | 8.5% | 13,689 | 1.9% | 16,465 | 2.3% | 983 | 0.1% | 11,407 | 1.6% |
| 8 | 710,224 | 0 | 0.0% | 134,338 | 18.9% | 506,210 | 71.3% | 26,976 | 3.8% | 5,171 | 0.7% | 22,070 | 3.1% | 1,033 | 0.1% | 14,426 | 2.0% |
| 9 | 710,224 | 0 | 0.0% | 194,334 | 27.4% | 416,595 | 58.7% | 34,580 | 4.9% | 17,218 | 2.4% | 28,968 | 4.1% | 1,976 | 0.3% | 16,553 | 2.3% |

**Commission Approved Congressional Draft Map Voting Age Population Breakdown**

| District | Voting Age Pop. | Hispanic Voting Age Pop. | | Non Hispanic (NH) White Voting Age Pop. | | NH African American Voting Age Pop. | | NH Native American Voting Age Pop. | | NH Asian Voting Age Pop. | | NH Hawaiian Voting Age Pop. | | NH Multi-Race and Other Voting Age | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % | # | % | # | % | # | % | # | % |
| 1 | 522,125 | 95,591 | 18.3% | 291,961 | 55.9% | 11,415 | 2.2% | 107,311 | 20.6% | 7,653 | 1.5% | 1,443 | 0.3% | 6,751 | 1.3% |
| 2 | 556,832 | 123,178 | 22.1% | 383,199 | 68.8% | 19,496 | 3.5% | 4,841 | 0.9% | 15,773 | 2.8% | 1,009 | 0.2% | 9,336 | 1.7% |
| 3 | 497,781 | 273,046 | 54.9% | 173,722 | 34.9% | 19,320 | 3.9% | 15,237 | 3.1% | 9,851 | 2.0% | 599 | 0.1% | 6,006 | 1.2% |
| 4 | 560,816 | 77,834 | 13.9% | 451,284 | 80.5% | 7,935 | 1.4% | 10,058 | 1.8% | 6,025 | 1.1% | 702 | 0.1% | 6,978 | 1.2% |
| 5 | 512,947 | 71,616 | 14.0% | 394,068 | 76.8% | 14,128 | 2.8% | 4,085 | 0.8% | 21,365 | 4.2% | 977 | 0.2% | 6,708 | 1.3% |
| 6 | 550,284 | 67,890 | 12.3% | 434,166 | 78.9% | 13,048 | 2.4% | 8,036 | 1.5% | 19,082 | 3.5% | 623 | 0.1% | 7,439 | 1.4% |
| 7 | 474,662 | 273,582 | 57.6% | 130,155 | 27.4% | 41,975 | 8.8% | 9,552 | 2.0% | 12,442 | 2.6% | 725 | 0.2% | 6,231 | 1.3% |
| 8 | 537,940 | 82,832 | 15.4% | 407,951 | 75.8% | 19,068 | 3.5% | 3,775 | 0.7% | 16,585 | 3.1% | 723 | 0.1% | 7,006 | 1.3% |
| 9 | 549,616 | 125,634 | 22.9% | 351,389 | 63.9% | 25,864 | 4.7% | 12,312 | 2.2% | 23,541 | 4.3% | 1,399 | 0.3% | 9,477 | 1.7% |

Exhibit 20