**Correctional Facilities by 2011 Congressional Districts**

| Code | Facility | City | Congressional District | Total Prision Population |
|------|----------|------|------------------------|--------------------------|
| ECI | Eastern Correctional Institution | Westover | 1 | 2665 |
| ECI-A | Eastern Correctional Institution - Annex | Westover | 1 | 589 |
| EPRU | Eastern Pre-Release Unit | Church Hill | 1 | 168 |
| PHPRU | Poplar Hill Pre-Release Unit | Quantico | 1 | 116 |
| WCCMD | Wicomico County Contractual Mens Detent | Salisbury | 1 | 2 |
| **District 1 Total** | | | | **3540** |
| BCF | Brockbridge Correctional Facility | Jessup | 2 | 641 |
| JCI | Jessup Correctional Institution | Jessup | 2 | 1698 |
| JPRU | Jessup Pre-Release Unit | Jessup | 2 | 588 |
| MCIJ | Maryland Correctional Institution-Jessup | Jessup | 2 | 968 |
| MCIW | Maryland Correctional Institution - Women | Jessup | 2 | 813 |
| PATX-W | PATUXENT INSTITUTION for Women | Jessup | 2 | 88 |
| PATXA | PATUXENT INSTITUTION Annex | Jessup | 2 | 163 |
| PATXNT | PATUXENT INSTITUTION | Jessup | 2 | 341 |
| PATXY | PATUXENT INSTITUTION for Youth | Jessup | 2 | 122 |
| ROTC-M | Herman L. Toulson Correctional Facility | Jessup | 2 | 105 |
| **District 2 Total** | | | | **5527** |
| SMPRU | Southern Maryland Pre-Release Unit | Charlotte Hall | 5 | 173 |
| **District 5 Total** | | | | **173** |
| MCIH | Maryland Correctional Inst. - Hagerstown | Hagerstown | 6 | 2124 |
| MCTC | Maryland Correctional Training Center | Hagerstown | 6 | 2256 |
| NBCI | North Branch Correctional Institution | Cumberland | 6 | 1467 |
| RCI | Roxbury Correctional Institution | Hagerstown | 6 | 1747 |
| WCI | Western Correctional Institution | Cumberland | 6 | 1716 |
| **District 6 Total** | | | | **9310** |
| BCCC | Baltimore City Correctional Center | Baltimore | 7 | 494 |
| BCDC | BALTIMORE CITY DETENTION CENTER | Baltimore | 7 | 302 |
| BPRU | Baltimore Pre-Release Unit | Baltimore | 7 | 179 |
| DHW | Dismas House West | Baltimore | 7 | 39 |
| DOCHQ | Division of Correction - Headquarters | Baltimore | 7 | 41 |
| HDU | Home Detention Unit | | 7 | 0 |
| MCAC | Maryland Correctional Adjustment Center | Baltimore | 7 | 504 |
| MRDCC | Maryland Reception, Diag & Class Center | Baltimore | 7 | 605 |
| MTC | Metropolitan Transition Center | Baltimore | 7 | 651 |
| THRESH | Threshold | Baltimore | 7 | 31 |
| **District 7 Total** | | | | **2846** |
| CMCF | Central Maryland Correctional Facility | Sykesville | 8 | 489 |
| MCPRC | Montgomery County Pre-release Contractual | Rockville | 8 | 14 |
| **District 8 Total** | | | | **503** |

Exhibit 21