**Maryland 2011 Congressional Districts (SB 1)- 2010 Population**

2011 Districts Unadjusted 2010 Non-Hispanic By Race Age 18 and Over | | | | | | | | | 18+ Hispanic

| District/County Area | Unadjusted Total 18+ Population | Total Population (Non-Hispanic) | One Race | White Alone | Black or African American Alone | American Indian and Alaska Native Alone | Asian Alone | Native Hawaiian and Other Pacific Islander Alone | Some Other Race Alone | Two or More Races | Total Hispanic |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | |
| County : Baltimore MD Subtotal | 42,579 | 41,817 | 41,463 | 37,180 | 1,765 | 60 | 2,421 | 5 | 32 | 354 | 762 |
| County : Caroline MD | 24,719 | 23,594 | 23,387 | 19,853 | 3,302 | 76 | 136 | 6 | 14 | 207 | 1,125 |
| County : Carroll MD Subtotal | 49,107 | 48,362 | 48,049 | 46,609 | 885 | 71 | 446 | 12 | 26 | 313 | 745 |
| County : Cecil MD | 75,753 | 73,693 | 72,911 | 67,565 | 4,250 | 200 | 832 | 36 | 28 | 782 | 2,060 |
| County : Dorchester MD | 25,550 | 24,812 | 24,583 | 17,687 | 6,572 | 76 | 228 | 6 | 14 | 229 | 738 |
| County : Harford MD Subtotal | 116,306 | 114,005 | 113,054 | 105,765 | 4,578 | 196 | 2,414 | 33 | 68 | 951 | 2,301 |
| County : Kent MD | 16,649 | 16,005 | 15,873 | 13,307 | 2,395 | 18 | 137 | 3 | 13 | 132 | 644 |
| County : Queen Anne's MD | 36,424 | 35,470 | 35,194 | 32,146 | 2,594 | 102 | 320 | 12 | 20 | 276 | 954 |
| County : Somerset MD | 22,005 | 21,451 | 21,219 | 11,541 | 9,432 | 75 | 147 | 2 | 22 | 232 | 554 |
| County : Talbot MD | 30,407 | 28,984 | 28,759 | 24,605 | 3,751 | 39 | 319 | 10 | 35 | 225 | 1,423 |
| County : Wicomico MD | 76,638 | 73,657 | 72,719 | 53,708 | 16,872 | 162 | 1,830 | 18 | 129 | 938 | 2,981 |
| County : Worcester MD | 42,031 | 40,933 | 40,610 | 34,788 | 5,255 | 96 | 429 | 8 | 34 | 323 | 1,098 |
| **District 1 Subtotal** | 558,168 | 542,783 | 537,821 | 464,754 | 61,651 | 1,171 | 9,659 | 151 | 435 | 4,962 | 15,385 |
| **District 2** | | | | | | | | | | | |
| County : Anne Arundel MD Subtotal | 62,078 | 58,228 | 56,907 | 32,363 | 20,443 | 192 | 3,731 | 75 | 103 | 1,321 | 3,850 |
| County : Baltimore City MD Subtotal | 61,371 | 57,940 | 57,014 | 17,503 | 38,161 | 254 | 1,020 | 15 | 61 | 926 | 3,431 |
| County : Baltimore MD Subtotal | 332,544 | 318,697 | 314,075 | 216,612 | 81,310 | 1,117 | 14,505 | 111 | 420 | 4,622 | 13,847 |
| County : Harford MD Subtotal | 68,110 | 64,974 | 63,723 | 45,092 | 16,420 | 193 | 1,857 | 91 | 70 | 1,251 | 3,136 |
| County : Howard MD Subtotal | 28,484 | 26,645 | 26,037 | 14,659 | 7,102 | 64 | 4,135 | 12 | 65 | 608 | 1,839 |
| **District 2 Subtotal** | 552,587 | 526,484 | 517,756 | 326,229 | 163,436 | 1,820 | 25,248 | 304 | 719 | 8,728 | 26,103 |
| **District 3** | | | | | | | | | | | |
| County : Anne Arundel MD Subtotal | 170,806 | 158,316 | 155,666 | 121,453 | 27,709 | 453 | 5,689 | 140 | 222 | 2,650 | 12,490 |
| County : Baltimore City MD Subtotal | 136,268 | 126,890 | 125,122 | 92,244 | 26,951 | 406 | 5,274 | 62 | 185 | 1,768 | 9,378 |
| County : Baltimore MD Subtotal | 106,768 | 103,343 | 102,153 | 82,369 | 14,528 | 144 | 4,927 | 52 | 133 | 1,190 | 3,425 |
| County : Howard MD Subtotal | 67,472 | 63,251 | 61,924 | 40,033 | 12,673 | 128 | 8,904 | 20 | 166 | 1,327 | 4,221 |
| County : Montgomery MD Subtotal | 82,434 | 73,560 | 72,033 | 36,919 | 23,771 | 122 | 10,896 | 46 | 279 | 1,527 | 8,874 |
| **District 3 Subtotal** | 563,748 | 525,360 | 516,898 | 373,018 | 105,632 | 1,253 | 35,690 | 320 | 985 | 8,462 | 38,388 |
| **District 4** | | | | | | | | | | | |
| County : Anne Arundel MD Subtotal | 135,520 | 131,332 | 129,715 | 116,519 | 8,566 | 309 | 4,106 | 82 | 133 | 1,617 | 4,188 |
| County : Prince George's MD Subtotal | 407,444 | 343,816 | 337,502 | 39,055 | 283,134 | 998 | 13,424 | 157 | 734 | 6,314 | 63,628 |
| **District 4 Subtotal** | 542,964 | 475,148 | 467,217 | 155,574 | 291,700 | 1,307 | 17,530 | 239 | 867 | 7,931 | 67,816 |
| **District 5** | | | | | | | | | | | |
| County : Anne Arundel MD Subtotal | 44,191 | 42,800 | 42,274 | 38,207 | 3,261 | 133 | 625 | 14 | 34 | 526 | 1,391 |
| County : Calvert MD | 65,506 | 64,047 | 63,176 | 53,103 | 8,846 | 201 | 943 | 33 | 50 | 871 | 1,459 |
| County : Charles MD | 107,667 | 103,678 | 101,486 | 56,241 | 41,128 | 705 | 3,226 | 74 | 112 | 2,192 | 3,989 |
| County : Prince George's MD Subtotal | 249,977 | 224,954 | 220,231 | 74,929 | 128,480 | 666 | 15,419 | 118 | 619 | 4,723 | 25,023 |
| County : St. Mary's MD | 77,565 | 75,082 | 73,919 | 60,874 | 10,714 | 249 | 1,962 | 55 | 65 | 1,163 | 2,483 |
| **District 5 Subtotal** | 544,906 | 510,561 | 501,086 | 283,354 | 192,429 | 1,954 | 22,175 | 294 | 880 | 9,475 | 34,345 |
| **District 6** | | | | | | | | | | | |
| County : Allegany MD | 61,568 | 60,724 | 60,225 | 54,078 | 5,563 | 76 | 456 | 21 | 31 | 499 | 844 |
| County : Frederick MD Subtotal | 87,354 | 78,937 | 77,567 | 60,783 | 11,469 | 218 | 4,921 | 55 | 121 | 1,370 | 8,417 |
| County : Garrett MD | 23,437 | 23,300 | 23,200 | 22,941 | 178 | 34 | 46 | 0 | 1 | 100 | 137 |
| County : Montgomery MD Subtotal | 265,979 | 222,654 | 217,615 | 131,683 | 37,476 | 481 | 47,219 | 100 | 656 | 5,039 | 43,325 |
| County : Washington MD | 113,651 | 110,502 | 109,280 | 96,979 | 10,505 | 203 | 1,458 | 43 | 92 | 1,222 | 3,149 |
| **District 6 Subtotal** | 551,989 | 496,117 | 487,887 | 366,464 | 65,191 | 1,012 | 54,100 | 219 | 901 | 8,230 | 55,872 |
| **District 7** | | | | | | | | | | | |
| County : Baltimore City MD Subtotal | 289,762 | 283,503 | 279,637 | 42,764 | 229,026 | 836 | 6,559 | 87 | 365 | 3,866 | 6,259 |
| County : Baltimore MD Subtotal | 146,388 | 141,638 | 139,594 | 77,695 | 52,877 | 275 | 8,489 | 42 | 216 | 2,044 | 4,750 |
| County : Howard MD Subtotal | 116,465 | 111,576 | 109,564 | 77,093 | 15,145 | 188 | 16,898 | 42 | 198 | 2,012 | 4,889 |
| **District 7 Subtotal** | 552,615 | 536,717 | 528,795 | 197,552 | 297,048 | 1,299 | 31,946 | 171 | 779 | 7,922 | 15,898 |
| **District 8** | | | | | | | | | | | |
| County : Carroll MD Subtotal | 76,790 | 74,739 | 74,117 | 69,561 | 3,079 | 142 | 1,271 | 18 | 46 | 622 | 2,051 |
| County : Frederick MD Subtotal | 86,987 | 84,387 | 83,634 | 79,623 | 2,307 | 178 | 1,428 | 19 | 79 | 753 | 2,600 |
| County : Montgomery MD Subtotal | 389,834 | 325,984 | 319,215 | 213,377 | 57,323 | 586 | 46,490 | 202 | 1,237 | 6,769 | 63,850 |
| **District 8 Subtotal** | 553,611 | 485,110 | 476,966 | 362,561 | 62,709 | 906 | 49,189 | 239 | 1,362 | 8,144 | 68,501 |

*No Hispanic designation was available for incarcerated persons; therefore, the Hispanic totals were not adjusted.
**Note:** This report is based on unadjusted data, Census 2010 P.L. 94-171 Redistricting Data (Maryland). An adjusted total for Hispanic is not available because no Hispanic designation was available for incarcerated persons. See Note for Summary Report using Adjusted totals. Because of the small number of people involved in each precinct, we do not believe the absence of this data is statistically significant.

Exhibit 23

| District/County Area | Percents 2011 Districts Unadjusted 2010 Non-Hispanic By Race Age 18 and Over | | | | | | | | Percent Age 18 and Over |
|---|---|---|---|---|---|---|---|---|---|
| | One Race | White Alone | Black or African American Alone | American Indian and Alaska Native Alone | Asian Alone | Native Hawaiian and Other Pacific Islander Alone | Some Other Race Alone | Two or More Races | Hispanic |
| **District 1** | | | | | | | | | |
| County : Baltimore MD Subtotal | 97.38% | 87.32% | 4.15% | 0.14% | 5.69% | 0.01% | 0.08% | 0.83% | 1.79% |
| County : Caroline MD | 94.61% | 80.31% | 13.36% | 0.31% | 0.55% | 0.02% | 0.06% | 0.84% | 4.55% |
| County : Carroll MD Subtotal | 97.85% | 94.91% | 1.80% | 0.14% | 0.91% | 0.02% | 0.05% | 0.64% | 1.52% |
| County : Cecil MD | 96.25% | 89.19% | 5.61% | 0.26% | 1.10% | 0.05% | 0.04% | 1.03% | 2.72% |
| County : Dorchester MD | 96.22% | 69.23% | 25.72% | 0.30% | 0.89% | 0.02% | 0.05% | 0.90% | 2.89% |
| County : Harford MD Subtotal | 97.20% | 90.94% | 3.94% | 0.17% | 2.08% | 0.03% | 0.06% | 0.82% | 1.98% |
| County : Kent MD | 95.34% | 79.93% | 14.39% | 0.11% | 0.82% | 0.02% | 0.08% | 0.79% | 3.87% |
| County : Queen Anne's MD | 96.62% | 88.25% | 7.12% | 0.28% | 0.88% | 0.03% | 0.05% | 0.76% | 2.62% |
| County : Somerset MD | 96.43% | 52.45% | 42.86% | 0.34% | 0.67% | 0.01% | 0.10% | 1.05% | 2.52% |
| County : Talbot MD | 94.58% | 80.92% | 12.34% | 0.13% | 1.05% | 0.03% | 0.12% | 0.74% | 4.68% |
| County : Wicomico MD | 94.89% | 70.08% | 22.02% | 0.21% | 2.39% | 0.02% | 0.17% | 1.22% | 3.89% |
| County : Worcester MD | 96.62% | 82.77% | 12.50% | 0.23% | 1.02% | 0.02% | 0.08% | 0.77% | 2.61% |
| **District 1 Subtotal** | 96.35% | 83.26% | 11.05% | 0.21% | 1.73% | 0.03% | 0.08% | 0.89% | 2.76% |
| **District 2** | | | | | | | | | |
| County : Anne Arundel MD Subtotal | 91.67% | 52.13% | 32.93% | 0.31% | 6.01% | 0.12% | 0.17% | 2.13% | 6.20% |
| County : Baltimore City MD Subtotal | 92.90% | 28.52% | 62.18% | 0.41% | 1.66% | 0.02% | 0.10% | 1.51% | 5.59% |
| County : Baltimore MD Subtotal | 94.45% | 65.14% | 24.45% | 0.34% | 4.36% | 0.03% | 0.13% | 1.39% | 4.16% |
| County : Harford MD Subtotal | 93.56% | 66.20% | 24.11% | 0.28% | 2.73% | 0.13% | 0.10% | 1.84% | 4.60% |
| County : Howard MD Subtotal | 91.41% | 51.46% | 24.93% | 0.22% | 14.52% | 0.04% | 0.23% | 2.13% | 6.46% |
| **District 2 Subtotal** | 93.70% | 59.04% | 29.58% | 0.33% | 4.57% | 0.06% | 0.13% | 1.58% | 4.72% |
| **District 3** | | | | | | | | | |
| County : Anne Arundel MD Subtotal | 91.14% | 71.11% | 16.22% | 0.27% | 3.33% | 0.08% | 0.13% | 1.55% | 7.31% |
| County : Baltimore City MD Subtotal | 91.82% | 67.69% | 19.78% | 0.30% | 3.87% | 0.05% | 0.14% | 1.30% | 6.88% |
| County : Baltimore MD Subtotal | 95.68% | 77.15% | 13.61% | 0.13% | 4.61% | 0.05% | 0.12% | 1.11% | 3.21% |
| County : Howard MD Subtotal | 91.78% | 59.33% | 18.78% | 0.19% | 13.20% | 0.03% | 0.25% | 1.97% | 6.26% |
| County : Montgomery MD Subtotal | 87.38% | 44.79% | 28.84% | 0.15% | 13.22% | 0.06% | 0.34% | 1.85% | 10.76% |
| **District 3 Subtotal** | 91.69% | 66.17% | 18.74% | 0.22% | 6.33% | 0.06% | 0.17% | 1.50% | 6.81% |
| **District 4** | | | | | | | | | |
| County : Anne Arundel MD Subtotal | 95.72% | 85.98% | 6.32% | 0.23% | 3.03% | 0.06% | 0.10% | 1.19% | 3.09% |
| County : Prince George's MD Subtotal | 82.83% | 9.59% | 69.49% | 0.24% | 3.29% | 0.04% | 0.18% | 1.55% | 15.62% |
| **District 4 Subtotal** | 86.05% | 28.65% | 53.72% | 0.24% | 3.23% | 0.04% | 0.16% | 1.46% | 12.49% |
| **District 5** | | | | | | | | | |
| County : Anne Arundel MD Subtotal | 95.66% | 86.46% | 7.38% | 0.30% | 1.41% | 0.03% | 0.08% | 1.19% | 3.15% |
| County : Calvert MD | 96.44% | 81.07% | 13.50% | 0.31% | 1.44% | 0.05% | 0.08% | 1.33% | 2.23% |
| County : Charles MD | 94.26% | 52.24% | 38.20% | 0.65% | 3.00% | 0.07% | 0.10% | 2.04% | 3.70% |
| County : Prince George's MD Subtotal | 88.10% | 29.97% | 51.40% | 0.27% | 6.17% | 0.05% | 0.25% | 1.89% | 10.01% |
| County : St. Mary's MD | 95.30% | 78.48% | 13.81% | 0.32% | 2.53% | 0.07% | 0.08% | 1.50% | 3.20% |
| **District 5 Subtotal** | 91.96% | 52.00% | 35.31% | 0.36% | 4.07% | 0.05% | 0.16% | 1.74% | 6.30% |
| **District 6** | | | | | | | | | |
| County : Allegany MD | 97.82% | 87.83% | 9.04% | 0.12% | 0.74% | 0.03% | 0.05% | 0.81% | 1.37% |
| County : Frederick MD Subtotal | 88.80% | 69.58% | 13.13% | 0.25% | 5.63% | 0.06% | 0.14% | 1.57% | 9.64% |
| County : Garrett MD | 98.99% | 97.88% | 0.76% | 0.15% | 0.20% | 0.00% | 0.00% | 0.43% | 0.58% |
| County : Montgomery MD Subtotal | 81.82% | 49.51% | 14.09% | 0.18% | 17.75% | 0.04% | 0.25% | 1.89% | 16.29% |
| County : Washington MD | 96.15% | 85.33% | 9.24% | 0.18% | 1.28% | 0.04% | 0.08% | 1.08% | 2.77% |
| **District 6 Subtotal** | 88.39% | 66.39% | 11.81% | 0.18% | 9.80% | 0.04% | 0.16% | 1.49% | 10.12% |
| **District 7** | | | | | | | | | |
| County : Baltimore City MD Subtotal | 96.51% | 14.76% | 79.04% | 0.29% | 2.26% | 0.03% | 0.13% | 1.33% | 2.16% |
| County : Baltimore MD Subtotal | 95.36% | 53.07% | 36.12% | 0.19% | 5.80% | 0.03% | 0.15% | 1.40% | 3.24% |
| County : Howard MD Subtotal | 94.07% | 66.19% | 13.00% | 0.16% | 14.51% | 0.04% | 0.17% | 1.73% | 4.20% |
| **District 7 Subtotal** | 95.69% | 35.75% | 53.75% | 0.24% | 5.78% | 0.03% | 0.14% | 1.43% | 2.88% |
| **District 8** | | | | | | | | | |
| County : Carroll MD Subtotal | 96.52% | 90.59% | 4.01% | 0.18% | 1.66% | 0.02% | 0.06% | 0.81% | 2.67% |
| County : Frederick MD Subtotal | 96.15% | 91.53% | 2.65% | 0.20% | 1.64% | 0.02% | 0.09% | 0.87% | 2.99% |
| County : Montgomery MD Subtotal | 81.88% | 54.74% | 14.70% | 0.15% | 11.93% | 0.05% | 0.32% | 1.74% | 16.38% |
| **District 8 Subtotal** | 86.16% | 65.49% | 11.33% | 0.16% | 8.89% | 0.04% | 0.25% | 1.47% | 12.37% |



Report prepared by the Maryland Department of Planning, Clearinghouse, Redistricting, October 2011.