| Maryland 2011 Congressional Districts (SB 1) - 2010 Population | | | | 2011 Districts Adjusted 2010 Population By Race | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| District/County Area | Total Population | One Race | White Alone | Black or African American Alone | American Indian and Alaska Native Alone | Asian Alone | Native Hawaiian and Other Pacific Islander Alone | Some Other Race Alone | Two or More Races |
| **District 1** | | | | | | | | | |
| County : Baltimore MD Subtotal | 54,926 | 54,029 | 47,695 | 2,621 | 92 | 3,348 | 11 | 262 | 897 |
| County : Caroline MD | 33,177 | 32,467 | 26,447 | 4,644 | 123 | 188 | 53 | 1,012 | 710 |
| County : Carroll MD Subtotal | 65,036 | 64,199 | 61,744 | 1,348 | 100 | 622 | 24 | 361 | 837 |
| County : Cecil MD | 101,287 | 99,110 | 90,328 | 6,323 | 294 | 1,097 | 48 | 1,020 | 2,177 |
| County : Dorchester MD | 32,784 | 32,158 | 22,111 | 9,161 | 112 | 301 | 9 | 464 | 626 |
| County : Harford MD Subtotal | 153,779 | 151,285 | 140,177 | 6,465 | 304 | 3,450 | 51 | 838 | 2,494 |
| County : Kent MD | 20,266 | 19,900 | 16,190 | 3,104 | 42 | 165 | 6 | 393 | 366 |
| County : Queen Anne's MD | 47,899 | 47,077 | 42,448 | 3,348 | 149 | 469 | 12 | 651 | 822 |
| County : Somerset MD | 23,754 | 23,293 | 13,493 | 9,163 | 85 | 182 | 7 | 363 | 461 |
| County : Talbot MD | 37,890 | 37,272 | 30,768 | 4,912 | 65 | 473 | 22 | 1,032 | 618 |
| County : Wicomico MD | 99,183 | 96,733 | 67,875 | 24,229 | 236 | 2,472 | 47 | 1,874 | 2,450 |
| County : Worcester MD | 51,548 | 50,671 | 42,226 | 7,083 | 145 | 573 | 11 | 633 | 877 |
| **District 1 Subtotal** | 721,529 | 708,194 | 601,502 | 82,401 | 1,747 | 13,340 | 301 | 8,903 | 13,335 |
| **District 2** | | | | | | | | | |
| County : Anne Arundel MD Subtotal | 78,941 | 75,315 | 42,171 | 25,995 | 289 | 4,769 | 105 | 1,986 | 3,626 |
| County : Baltimore City MD Subtotal | 84,522 | 82,262 | 22,636 | 55,575 | 381 | 1,315 | 23 | 2,332 | 2,260 |
| County : Baltimore MD Subtotal | 428,104 | 416,741 | 271,321 | 116,256 | 1,807 | 19,134 | 160 | 8,063 | 11,363 |
| County : Harford MD Subtotal | 91,615 | 88,061 | 58,878 | 24,864 | 311 | 2,376 | 148 | 1,484 | 3,554 |
| County : Howard MD Subtotal | 38,347 | 36,727 | 20,111 | 9,753 | 140 | 5,690 | 23 | 1,010 | 1,620 |
| **District 2 Subtotal** | 721,529 | 699,106 | 415,117 | 232,443 | 2,928 | 33,284 | 459 | 14,875 | 22,423 |
| **District 3** | | | | | | | | | |
| County : Anne Arundel MD Subtotal | 218,517 | 211,956 | 156,989 | 38,804 | 707 | 7,194 | 232 | 8,030 | 6,561 |
| County : Baltimore City MD Subtotal | 165,913 | 161,957 | 112,210 | 36,772 | 729 | 6,126 | 137 | 5,983 | 3,956 |
| County : Baltimore MD Subtotal | 135,282 | 132,544 | 102,880 | 20,879 | 246 | 6,701 | 74 | 1,764 | 2,738 |
| County : Howard MD Subtotal | 91,763 | 88,075 | 54,536 | 18,528 | 325 | 12,188 | 34 | 2,464 | 3,688 |
| County : Montgomery MD Subtotal | 110,054 | 106,089 | 51,911 | 34,234 | 353 | 14,121 | 60 | 5,410 | 3,965 |
| **District 3 Subtotal** | 721,529 | 700,621 | 478,526 | 149,217 | 2,360 | 46,330 | 537 | 23,651 | 20,908 |
| **District 4** | | | | | | | | | |
| County : Anne Arundel MD Subtotal | 179,639 | 175,512 | 155,566 | 11,943 | 465 | 5,524 | 129 | 1,885 | 4,127 |
| County : Prince George's MD Subtotal | 541,890 | 525,092 | 69,350 | 382,744 | 2,908 | 16,651 | 350 | 53,089 | 16,798 |
| **District 4 Subtotal** | 721,529 | 700,604 | 224,916 | 394,687 | 3,373 | 22,175 | 479 | 54,974 | 20,925 |
| **District 5** | | | | | | | | | |
| County : Anne Arundel MD Subtotal | 57,250 | 55,991 | 50,086 | 4,109 | 201 | 858 | 18 | 719 | 1,259 |
| County : Calvert MD | 88,903 | 86,538 | 72,318 | 12,009 | 329 | 1,260 | 44 | 578 | 2,365 |
| County : Charles MD | 146,788 | 141,334 | 73,769 | 60,178 | 957 | 4,366 | 103 | 1,961 | 5,454 |
| County : Prince George's MD Subtotal | 323,231 | 312,700 | 96,907 | 175,364 | 1,351 | 18,523 | 191 | 20,364 | 10,531 |
| County : St. Mary's MD | 105,357 | 102,019 | 82,718 | 15,153 | 424 | 2,596 | 73 | 1,055 | 3,338 |
| **District 5 Subtotal** | 721,529 | 698,582 | 375,798 | 266,813 | 3,262 | 27,603 | 429 | 24,677 | 22,947 |
| **District 6** | | | | | | | | | |
| County : Allegany MD | 72,528 | 71,342 | 66,479 | 3,986 | 106 | 564 | 31 | 176 | 1,186 |
| County : Frederick MD Subtotal | 117,292 | 112,970 | 82,941 | 16,956 | 450 | 6,931 | 82 | 5,610 | 4,322 |
| County : Garrett MD | 30,124 | 29,926 | 29,467 | 301 | 43 | 76 | 0 | 39 | 198 |
| County : Montgomery MD Subtotal | 358,988 | 343,939 | 200,509 | 55,629 | 1,302 | 62,468 | 175 | 23,856 | 15,049 |
| County : Washington MD | 142,597 | 138,809 | 124,207 | 10,563 | 312 | 2,049 | 66 | 1,612 | 3,788 |
| **District 6 Subtotal** | 721,529 | 696,986 | 503,603 | 87,435 | 2,213 | 72,088 | 354 | 31,293 | 24,543 |
| **District 7** | | | | | | | | | |
| County : Baltimore City MD Subtotal | 376,229 | 369,490 | 49,251 | 308,857 | 1,161 | 7,110 | 114 | 2,997 | 6,739 |
| County : Baltimore MD Subtotal | 188,741 | 184,455 | 99,154 | 71,126 | 482 | 10,898 | 74 | 2,721 | 4,286 |
| County : Howard MD Subtotal | 156,559 | 151,412 | 103,801 | 21,569 | 401 | 23,344 | 66 | 2,231 | 5,147 |
| **District 7 Subtotal** | 721,529 | 705,357 | 252,206 | 401,552 | 2,044 | 41,352 | 254 | 7,949 | 16,172 |
| **District 8** | | | | | | | | | |

Exhibit 24

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| County : Carroll MD Subtotal | 101,865 | 100,183 | 93,599 | 3,694 | 228 | 1,794 | 32 | 836 | 1,682 |
| County : Frederick MD Subtotal | 116,367 | 114,225 | 107,501 | 3,328 | 280 | 2,015 | 25 | 1,076 | 2,142 |
| County : Montgomery MD Subtotal | 503,296 | 483,665 | 306,148 | 77,789 | 1,984 | 58,867 | 287 | 38,590 | 19,631 |
| **District 8 Subtotal** | 721,528 | 698,073 | 507,248 | 84,811 | 2,492 | 62,676 | 344 | 40,502 | 23,455 |

*Note:* This report is based on Census 2010 P.L. 94-171 Redistricting Data (Maryland) and is ADJUSTED for the use of Maryland Redistricting pursuant to the "No Represenation Without Population Act" (SB 400\HB 496) signed into Maryland law in 2010. Maryland census data must be ADJUSTED for the purposes of creating congressional, state legislative, and local districting plans. Generally, the law requires that the census data must be adjusted to reassign Maryland residents in State & Federal correctional institutions to their last known address, and to exclude out-of-state residents in correctional institutions from redistricting.

| | *Percents 2011 Districts Adjusted 2010 Population By Race* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| District/County Area | One Race | White Alone | Black or African American Alone | American Indian and Alaska Native Alone | Asian Alone | Native Hawaiian and Other Pacific Islander Alone | Some Other Race Alone | Two or More Races |
| **District 1** | | | | | | | | |
| County : Baltimore MD Subtotal | 98.37% | 86.84% | 4.77% | 0.17% | 6.10% | 0.02% | 0.48% | 1.63% |
| County : Caroline MD | 97.86% | 79.71% | 14.00% | 0.37% | 0.57% | 0.16% | 3.05% | 2.14% |
| County : Carroll MD Subtotal | 98.71% | 94.94% | 2.07% | 0.15% | 0.96% | 0.04% | 0.56% | 1.29% |
| County : Cecil MD | 97.85% | 89.18% | 6.24% | 0.29% | 1.08% | 0.05% | 1.01% | 2.15% |
| County : Dorchester MD | 98.09% | 67.44% | 27.94% | 0.34% | 0.92% | 0.03% | 1.42% | 1.91% |
| County : Harford MD Subtotal | 98.38% | 91.15% | 4.20% | 0.20% | 2.24% | 0.03% | 0.54% | 1.62% |
| County : Kent MD | 98.19% | 79.89% | 15.32% | 0.21% | 0.81% | 0.03% | 1.94% | 1.81% |
| County : Queen Anne's MD | 98.28% | 88.62% | 6.99% | 0.31% | 0.98% | 0.03% | 1.36% | 1.72% |
| County : Somerset MD | 98.06% | 56.80% | 38.57% | 0.36% | 0.77% | 0.03% | 1.53% | 1.94% |
| County : Talbot MD | 98.37% | 81.20% | 12.96% | 0.17% | 1.25% | 0.06% | 2.72% | 1.63% |
| County : Wicomico MD | 97.53% | 68.43% | 24.43% | 0.24% | 2.49% | 0.05% | 1.89% | 2.47% |
| County : Worcester MD | 98.30% | 81.92% | 13.74% | 0.28% | 1.11% | 0.02% | 1.23% | 1.70% |
| **District 1 Subtotal** | 98.15% | 83.36% | 11.42% | 0.24% | 1.85% | 0.04% | 1.23% | 1.85% |
| **District 2** | | | | | | | | |
| County : Anne Arundel MD Subtotal | 95.41% | 53.42% | 32.93% | 0.37% | 6.04% | 0.13% | 2.52% | 4.59% |
| County : Baltimore City MD Subtotal | 97.33% | 26.78% | 65.75% | 0.45% | 1.56% | 0.03% | 2.76% | 2.67% |
| County : Baltimore MD Subtotal | 97.35% | 63.38% | 27.16% | 0.42% | 4.47% | 0.04% | 1.88% | 2.65% |
| County : Harford MD Subtotal | 96.12% | 64.27% | 27.14% | 0.34% | 2.59% | 0.16% | 1.62% | 3.88% |
| County : Howard MD Subtotal | 95.78% | 52.44% | 25.43% | 0.37% | 14.84% | 0.06% | 2.63% | 4.22% |
| **District 2 Subtotal** | 96.89% | 57.53% | 32.22% | 0.41% | 4.61% | 0.06% | 2.06% | 3.11% |
| **District 3** | | | | | | | | |
| County : Anne Arundel MD Subtotal | 97.00% | 71.84% | 17.76% | 0.32% | 3.29% | 0.11% | 3.67% | 3.00% |
| County : Baltimore City MD Subtotal | 97.62% | 67.63% | 22.16% | 0.44% | 3.69% | 0.08% | 3.61% | 2.38% |
| County : Baltimore MD Subtotal | 97.98% | 76.05% | 15.43% | 0.18% | 4.95% | 0.05% | 1.30% | 2.02% |
| County : Howard MD Subtotal | 95.98% | 59.43% | 20.19% | 0.35% | 13.28% | 0.04% | 2.69% | 4.02% |
| County : Montgomery MD Subtotal | 96.40% | 47.17% | 31.11% | 0.32% | 12.83% | 0.05% | 4.92% | 3.60% |
| **District 3 Subtotal** | 97.10% | 66.32% | 20.68% | 0.33% | 6.42% | 0.07% | 3.28% | 2.90% |
| **District 4** | | | | | | | | |
| County : Anne Arundel MD Subtotal | 97.70% | 86.60% | 6.65% | 0.26% | 3.08% | 0.07% | 1.05% | 2.30% |
| County : Prince George's MD Subtotal | 96.90% | 12.80% | 70.63% | 0.54% | 3.07% | 0.06% | 9.80% | 3.10% |
| **District 4 Subtotal** | 97.10% | 31.17% | 54.70% | 0.47% | 3.07% | 0.07% | 7.62% | 2.90% |
| **District 5** | | | | | | | | |
| County : Anne Arundel MD Subtotal | 97.80% | 87.49% | 7.18% | 0.35% | 1.50% | 0.03% | 1.26% | 2.20% |
| County : Calvert MD | 97.34% | 81.34% | 13.51% | 0.37% | 1.42% | 0.05% | 0.65% | 2.66% |
| County : Charles MD | 96.28% | 50.26% | 41.00% | 0.65% | 2.97% | 0.07% | 1.34% | 3.72% |
| County : Prince George's MD Subtotal | 96.74% | 29.98% | 54.25% | 0.42% | 5.73% | 0.06% | 6.30% | 3.26% |
| County : St. Mary's MD | 96.83% | 78.51% | 14.38% | 0.40% | 2.46% | 0.07% | 1.00% | 3.17% |
| **District 5 Subtotal** | 96.82% | 52.08% | 36.98% | 0.45% | 3.83% | 0.06% | 3.42% | 3.18% |
| **District 6** | | | | | | | | |
| County : Allegany MD | 98.36% | 91.66% | 5.50% | 0.15% | 0.78% | 0.04% | 0.24% | 1.64% |
| County : Frederick MD Subtotal | 96.32% | 70.71% | 14.46% | 0.38% | 5.91% | 0.07% | 4.78% | 3.68% |
| County : Garrett MD | 99.34% | 97.82% | 1.00% | 0.14% | 0.25% | 0.00% | 0.13% | 0.66% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| County : Montgomery MD Subtotal | 95.81% | 55.85% | 15.50% | 0.36% | 17.40% | 0.05% | 6.65% | 4.19% |
| County : Washington MD | 97.34% | 87.10% | 7.41% | 0.22% | 1.44% | 0.05% | 1.13% | 2.66% |
| **District 6 Subtotal** | 96.60% | 69.80% | 12.12% | 0.31% | 9.99% | 0.05% | 4.34% | 3.40% |
| **District 7** | | | | | | | | |
| County : Baltimore City MD Subtotal | 98.21% | 13.09% | 82.09% | 0.31% | 1.89% | 0.03% | 0.80% | 1.79% |
| County : Baltimore MD Subtotal | 97.73% | 52.53% | 37.68% | 0.26% | 5.77% | 0.04% | 1.44% | 2.27% |
| County : Howard MD Subtotal | 96.71% | 66.30% | 13.78% | 0.26% | 14.91% | 0.04% | 1.43% | 3.29% |
| **District 7 Subtotal** | 97.76% | 34.95% | 55.65% | 0.28% | 5.73% | 0.04% | 1.10% | 2.24% |
| **District 8** | | | | | | | | |
| County : Carroll MD Subtotal | 98.35% | 91.89% | 3.63% | 0.22% | 1.76% | 0.03% | 0.82% | 1.65% |
| County : Frederick MD Subtotal | 98.16% | 92.38% | 2.86% | 0.24% | 1.73% | 0.02% | 0.92% | 1.84% |
| County : Montgomery MD Subtotal | 96.10% | 60.83% | 15.46% | 0.39% | 11.70% | 0.06% | 7.67% | 3.90% |
| **District 8 Subtotal** | 96.75% | 70.30% | 11.75% | 0.35% | 8.69% | 0.05% | 5.61% | 3.25% |



Report prepared by the Maryland Department of Planning, Clearinghouse, Redistricting, October 2011.