# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

|  |  |
|---|---|
| PATRICIA FLETCHER, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | Civil Action No:  8:11-cv-03220-RWT |
| | * |
| LINDA H. LAMONE, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, and for Review and Request for Review of the Order of the Single District Judge Convening a Three-Judge Panel, and accompanying Memorandum in Support, and any responses thereto, and it appearing to the Court from the pleadings that the claims asserted in the Complaint are insubstantial and do not state a claim upon which relief can be granted, it is, this _____ day of _____, 2011, by the United States District Court for the District of Maryland, ORDERED:

1.      That the complaint does not state a substantial claim for relief and, therefore, three judges are not required in order to resolve the asserted claims;

2.      That Defendants' Motion to Dismiss is Granted, and the action against these Defendants as pled in the Complaint is hereby dismissed with prejudice; and

3.      Summary Judgment is awarded to Defendants.

_____
Judge