**EXHIBIT LIST**

| | |
|---|---|
| Exhibit 1: | Declaration of Patricia Fletcher |
| Exhibit 2: | Declaration of Cortly Witherspoon |
| Exhibit 3: | Declaration of Robina Spruill |
| Exhibit 4: | Declaration of Thomas Penny III |
| Exhibit 5: | Declaration of Michael Harris |
| Exhibit 6: | Declaration of Julia Williams |
| Exhibit 7: | Declaration of Donald Glover |
| Exhibit 8: | Declaration of Reginald Jones |
| Exhibit 9: | Declaration of Sherry Strothers |
| Exhibit 10: | Declaration of Ella White Campbell |
| Exhibit 11: | Declaration of Dawnn McCleary-Evans |
| Exhibit 12: | Declaration of Marie M. McCray |
| Exhibit 13: | Declaration of Shawn Sheehy |
| Exhibit 14: | Declaration of Antonio Campbell |
| Exhibit 15: | Declaration of Expert Report of Ronald Keith Gaddie, Phd. |
| Exhibit 16: | Declaration of Expert Report of Todd Eberly, Phd. |
| Exhibit 17: | Declaration of Expert Report of Peter Morrison, Phd. |

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARLAND
# GREENBELT DIVISION

| | |
|---|---|
| MS. PATRICIA FLETCHER, *et al.*, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LINDA LAMONE in her official )<br>capacity as State Administrator of )<br>Elections for the state of Maryland; )<br>And ROBERT L. WALKER in his )<br>official capacity as Chairman of the )<br>State Board of Elections, )<br>)<br>Defendants. )<br>_____ ) | Civ. Action No.: RWT-11-3220 |

## DECLARATION OF PATRICIA FLETCHER

I, Patricia Fletcher, declare based on personal knowledge and experience and pursuant to 28 U.S.C. § 1746:

1. I am an African-American resident of Landover, in Prince George's County, Maryland.

2. I have lived in Maryland since 1975 and have experienced discrimination based on my race.

3. I am currently retired. I worked professionally for the District of Columbia government in forensic psychiatry. I worked as a Forensic Psych Technician at St. Elizabeth's hospital in Washington, DC. My duties included conducting observation of patients on pre-trial and post-trial units noting their behavior and progress. My observations were recorded in the patient's respective charts and used by the psychiatrists in making their diagnosis of patients, determining their competency and productivity, and their progress prior to going to court.

4. I was also a shop steward for AFSCME Local 2095 at St. Elizabeth's hospital and eventually became President of the union.

5. I also worked for AFSCME Council 67 for five years as a Staff Representative. I represented union member public employees in labor management meetings, grievances, arbitration cases and negotiated contracts.

6. From approximately 2003 to 2004, I served as Treasurer of the Prince George's County Democratic Central Committee. This was an elected position within the county party.

7. I also served on the Prince George's County School Board for four years. I was first elected to the Board in 2006 and was defeated in my re-election bid in 2010.

8. My experiences in party politics in Maryland have taught me that as an African American I was supposed to do what I was told to do or there would be retribution.

9. The first time I saw this was at the 1988 Democratic National Convention. I attended to support Jesse Jackson. We were attempting to lobby delegates from Maryland not to vote for Michael Dukakis on the first ballot in hopes of getting a second ballot. I encountered an African American woman from Maryland who was a single mother. She was in tears at the pressure being placed on her. She told me and others that white members of the party threatened her and if she did not vote for Dukakis on the first ballot she would lose her job when she returned to Maryland.

10. Before, during and after the 1988 Democratic National Convention, I served as a liaison from Jesse Jackson's Rainbow-Push Coalition to the Prince George's County Democratic Party. In that position I was invited to sit in on Prince George's County Democratic Party meetings which primary focus was to get Dukakis elected. Most attendees at these meetings were white men, including Mike Miller, current Maryland Senate President and a member of the

Governor's Redistricting Advisory Committee. I witnessed these white men discuss and decide based on racial considerations what political mailers would be sent to which neighborhoods. For instance they would choose a picture of Jesse Jackson with a white person to mail to white neighborhoods and a picture of Jesse Jackson with a black person to mail to black neighborhoods. African Americans were referred to as "niggers" during these meetings, in my presence. I heard Mike Miller refer to African Americans as "niggers."

11. While I was on the Democratic Central Committee the entire Prince George's Democratic Central Committee was invited annually to have dinner in Annapolis with the Prince George's County Senate Delegation. At one such dinner in Annapolis with members of the Prince George's County State Senate Delegation, Senator Gloria Lawlah who is an African American introduced Senator Mike Miller, and during his remarks Senator Miller disrespected Senator Lawlah by referring to her backside. On another occasion during a breakfast fundraiser, Senator Miller inappropriately joked about African American Senator Ulysses Currie. Senator Miller described Senator Currie as a "good ole' boy" and joked that when Senator Miller asks people "what one plus two is" he normally got the answer three, but when he asked Senator Currie, "he said 'how much do you want it to be.'" These types of comments and jokes are racial in nature, are disrespectful to African American leaders, and are intended to remind them of their place.

12. I have witnessed racial discrimination in education in Maryland both as a parent and as a member of the Prince George's County School Board.

13. In the early 80s my daughter was in the first grade at the John Carroll Elementary School. The school was integrated with white children bussed in from Greenbelt. On one particular day I forgot to give my daughter her lunch money so I returned to her classroom after the

instructional day had started and was shocked to see the racial treatment of the children in the room. When I entered I saw that all of the white children were sitting at desks reviewing text books. All of the black children were sitting in a circle on the floor and my daughter was standing in the middle running a brush through the white teacher's hair. When I confronted the teacher there was no reasonable excuse. The separation of the children in this manner and treatment was based on race. That teacher left the school soon after this incident.

14. While I was on School Board I saw how schools, in areas where there was a large number of white students receive more funding and better books. Schools in districts they had greater numbers of Black and Hispanic students would receive inexperienced teachers and less resources. I saw where schools with equal student populations but located in areas with greater numbers of Black and Hispanic students received less funding than those with greater number of white students. I witnessed how in schools with greater number of white students the expectation was that they would succeed and the method of teaching was to ensure that they would. In schools with greater number of Black and Hispanic students they were required to do enough to get by. Black and Hispanic students were not being challenged. The board passed a policy and directed the Superintendent to put funding where the greater need exist.

15. Prior to the end of bussing in Prince George's County I investigated Talented and Gifted Programs (TAG) and discovered that most TAG sites were in schools in African American neighborhoods but that the large percentage of the kids in those TAG programs were white and/or affluent Black students and did not reside in the neighborhood in which the school was located. Many of the TAG sites were located in Black neighborhoods and the income level was below poverty. These kids for unexplained reasons were not being granted access

to the TAG programs. The Superintendent provided data after I began to question the practices in TAG and changes were made.

16. As a member of the School Board I took part in an effort by the Board to end racial disparity in compensation of School Board employees. Better-educated African American employees were not making as much as less educated white employees. As a board we directed the School Superintendent to fix the practice.

17. I also saw on the Board how elected leaders of the county would involve themselves in decisions of the Board. In my experience hearing from members of other Boards in other counties of the state many of those elected officials left their school board's to their own nonpartisan decisions. In Prince George's County however partisan elected officials exert pressure on the school board. This is principally true in contracts put out by the school board. The Board of Education is the largest grantor of contracts and I witnessed numerous times when contracts were given to big political contributors of the county's elected officials. As well as disparity in awarding minorities lucrative contracts. I worked to put a stop to this.

18. It was because of my positions that the Prince George's County Democratic Central Committee did not place me on their slate for reelection even though I was the incumbent with support of the community. Because I would not do as I was told I faced retribution.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2011.

*[signature]*
Patricia Fletcher