## Discrimination in Maryland

We are discriminated in jobs in Maryland especially state jobs where you are fired for being over forty, sick and your sickness cost the state too much money. When your ideas are different than management for example changing bus routes in black communities so people could walk less, change buses less, and get where they are going more effciently than before. White communities have more express and commuter lines than Blacks. Whenever the subject came up, they thought it was funny, after Blacks did <u>not complain as much as whites, so they said, not true</u>.

I have been descriminated in a very store, the one clerk is helping the white person who came in the door the same time as I. She spent about thirty to forty five minutes with the person answering questions. Then another lady came in and she immediately start to wait on her, until I spoke up and said I was here first and she said oh I am sorry I thought you and the first lady was together.

~~To abolish sampling~~ is one thing, especially if it true, but to hire new employees younger, white and consultants. It raises the question was there truly an economic problem with the State of Maryland or to replace older, sicker people, such as Black, with white and younger ones.

When you are creating new position with higher pay for white men who helped to get rid of the Black employees, it looks like pay back time for all their hard work.

When you have budget cuts and a hiring freeze why are you abolishing some jobs yet still hiring and promoting other people at the same time. The whole thing sounds fishy to me from the Governor on down. MDOT, DBM etc.

Now I would not want hard feeling leaving out each agencies Financial Officer.

Now MTA can return back to nineteen hundred seventy one, all white, no what a horrible thought that would be.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2011

Marie M. McCray