**PATRICIA FLETCHER , et al**

**vs.**

**LINDA H. LAMONE, ET AL**

**Criminal No.  RWT-11-3220**                          **PLAINTIFF'S TRIAL EXHIBITS**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | 12-20-11 | Tables of Districts |
| 2 | | 12-20-11 | Map |
| 3 | | 12-20-11 | Map |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. District Court (Rev. 3/1999) - Exhibit List