### PATRICIA FLETCHER , et al

#### vs.

### LINDA H. LAMONE, ET AL

Criminal No.  **RWT-11-3220**                    **DEFENDANT'S TRIAL EXHIBITS**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | 12-20-11 | Map – Concentration of Population by Race & Hispanic Origin |
| 2 | | 12-20-11 | District Plan Map |
| 3 | | 12-20-11 | Revised District Map Plan |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |