# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| MS.PATRICIA FLETCHER, *Et al.*, | )<br>)<br>) Civ. Action No.: RWT 11-8220<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| LINDA LAMONE in her official capacity as State Administrator of Elections for the state of Maryland; And ROBERT L. WALKER in his official capacity as Chairman of the State Board of Elections, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APEAL

COME NOW the plaintiffs, Patricia Fletcher, et al., pursuant to 28 U.S.C. §§ 1253 and 2284 and U.S. Sup. Ct. Rule 18, and hereby file their Notice of Appeal from the portions of the Memorandum Opinion and Order with respect to Counts Three, Four and Six of the complaint entered by the three-judge District Court for the District of Maryland on December 23, 2011.

This the 20th day of January, 2012.

                                                        Respectfully submitted,

                                                        ___/s/ Jason Torchinsky_____

                                                        **Law Office of James P Mayes**
                                                        James Paul Mayes (Bar No. 10414)
                                                        mayesfedlaw@aol.com
                                                        Law Office of James P Mayes

4721 Chesterfield Place
Jamestown, NC   27282
Tel: (202) 255-2031
Fax: (336)841-5275

**Holtzman Vogel PLLC**
Jason Torchinsky, *pro hac vice*
jtorchinsky@holtzmanlaw.net
HOLTZMAN VOGEL PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Tel: (540) 341-8808
Fax: (540) 341-8809

Counsel for Plaintiffs