FILED: January 25, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1104

(8:11-cv-03220-RWT)

_____

PATRICIA FLETCHER, Ms.; TREVELYN OTTS, Mr.; DONALD M. GLOVER, Mr.; JANIS HAGEY, Ms.; WINNIE MAE CAMPBELL, Ms.; MICHAEL HARRIS, Mr.; MICHAEL THOMPSON, Mr.; JULIA L. WILLIAMS, Ms.; ROBINA SPRUILL, Ms.

       Plaintiffs - Appellants

and

C. JAMES OLSON; C. PAUL SMITH; RONALD GEORGE; CARL F. MIDDLEDORF; ANTONIO WADE CAMPBELL; PHILIP J. SMITH

       Intervenors/Plaintiffs

v.

LINDA H. LAMONE, in her official capacity as State Administrator of Elections for the State of Maryland; ROBERT L. WALKER, in his official capacity as chairman of the State Board of Elections

       Defendants - Appellees

_____

O R D E R

_____

The clerk administratively closes this appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk